1  GEORGE A. RILEY (S.B. #118304)
   DAVID R. EBERHART (S.B. #195474)
2  LUANN L. SIMMONS (S.B. #203526)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, California  94111-3305
   Telephone: (415) 984-8700
5  Facsimile: (415) 984-8701

6  Attorneys for Defendant
   Axis Systems, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11  IKOS SYSTEMS, INC., et al.,          Case No. C01-21079-JW

12              Plaintiffs,              **DECLARATION OF DAVID R.
                                         EBERHART IN SUPPORT OF**
13          v.                           **MOTION FOR LEAVE TO PRESENT
                                         EXPERT TESTIMONY**
14  AXIS SYSTEMS, INC.,
                                         Hearing Date:   April 22, 2002
15              Defendant.               Time:           9:00 A.M.
                                         Place:          Courtroom 8
16                                       Judge:          Hon. James Ware

17  I, DAVID R. EBERHART, hereby declare as follows:

18          1.      I am a member in good standing of the Bar of the State of California and

19  associated with the law firm of O'Melveny & Myers LLP, counsel for Axis Systems, Inc.

20  ("Axis").  Unless otherwise noted, the facts set forth in this declaration are personally

21  known to me.  If called and sworn as a witness, I could and would testify competently to

22  these facts.

23          2.      Attached hereto as Exhibit A are true and correct copies of pages 8 through

24  28 and Exhibit I-57 from the March 11, 2002, deposition of William Mangione-Smith.

25          3.      Attached hereto as Exhibit B are true and correct copies of pages 71 and 72

26  from the August 30, 2001, deposition of Charles W. Selvidge.

27

28

1    4.    Attached hereto as Exhibit C are true and correct copies of pages 47 and 53

2  from the September 26, 2001 deposition of Anant Agarwal.

3

4    I declare under penalty of perjury under the laws of The United States of

5  America that the foregoing is true and correct and that this declaration was executed on

6  March 18, 2002, at San Francisco, California.

7

8    By ___s/ David R. Eberhart_____

9    DAVID R. EBERHART

SF1:461756.1

EBERHART DECLARATION IN SUPPORT
OF MOTION FOR EXPERT TESTIMONY
C01-21079-JW

E
X
H
I
B
I
T

A

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

COPY

IKOS SYSTEMS, INC., a Delaware
Corporation, and MASSACHUSETTS
INSTITUTE OF TECHNOLOGY, a
Massachusetts Corporation,

                    Plaintiff,

vs.                                    NO. 01-21079 JW        09:40:13
                                                              09:40:16
AXIS SYSTEMS, INC., a Delaware
Corporation,

                    Defendant.
_____/


          DEPOSITION OF WILLIAM MANGIONE-SMITH

DATE:            March 11, 2002

DAY:             Monday

TIME:            9:30 a.m.

PLACE:           SKJERVEN MORRILL MacPHERSON LLP
                 25 Metro Drive
                 San Jose, California

PURSUANT TO:     Notice

REPORTED BY:     KAREN L. BUCHANAN
                 CSR No. 10772
_____

          COMP-U-SCRIPTS COURT REPORTERS
     1101 South Winchester Blvd., Suite D-138
             San Jose, California 95128
                  (408) 261-9795
              www.comp-u-scripts.com


                                          1

1    Q.   And if you have any -- if for any reason my    09:43:37

2  question is unclear to you, there is -- if there are  09:43:40

3  any words in my question that may be ambiguous or in  09:43:44

4  any way make it difficult for you, you feel that it is 09:43:54

5  difficult to answer, please let me know and I will try 09:43:56

6  to rephrase it or make corrections such that it would  09:43:58

7  be clear to you so that your answers will be           09:44:01

8  responsive to it.                                      09:44:04

9         Is that all right?                             09:44:06

10    A.   That sounds fine.                             09:44:07

11    Q.   So with that, maybe we'll just begin.         09:44:08

12  Professor Mangione-Smith, can you spell your name on  09:44:13

13  the record for us?                                    09:44:17

14    A.   Certainly.  M-A-N-G-I-O-N-E, hyphen, Smith,   09:44:19

15  S-M-I-T-H.                                            09:44:24

16    Q.   Thank you.  I wasn't sure if that spelling    09:44:26

17  was correct.                                          09:44:37

18         Are you currently employed?                   09:44:38

19    A.   I am.                                          09:44:39

20    Q.   Who is your employer?                          09:44:40

21    A.   My employer is University of California.      09:44:41

22    Q.   And you are a professor at the University of  09:44:44

23  California?                                           09:44:50

24    A.   That's right.                                 09:44:51

25    Q.   In the department of electrical engineering?  09:44:52

8

| | | |
|---|---|---|
| 1 | A.  That's right. | 09:44:54 |
| 2 | Q.  How long have you been a professor at the | 09:44:55 |
| 3 | University of California? | 09:44:57 |
| 4 | A.  I believe seven years. | 09:44:58 |
| 5 | Q.  And before that, were you employed in a | 09:45:00 |
| 6 | different place? | 09:45:03 |
| 7 | A.  Prior to working at the University of | 09:45:05 |
| 8 | California, I worked for Motorola, principally in | 09:45:06 |
| 9 | corporate research and part of the production | 09:45:10 |
| 10 | facilities in the Chicago area. | 09:45:14 |
| 11 | Q.  And how long were you at Motorola? | 09:45:16 |
| 12 | A.  Four years. | 09:45:19 |
| 13 | Q.  And before that, were you employed? | 09:45:20 |
| 14 | A.  Before that, I was a research assistant and a | 09:45:26 |
| 15 | teaching assistant at the University of Michigan for | 09:45:29 |
| 16 | some time. | 09:45:33 |
| 17 | Prior to that, I was a consulting engineer at | 09:45:34 |
| 18 | Chrysler Corporation for a year. | 09:45:37 |
| 19 | Q.  During the time that you were at the | 09:45:40 |
| 20 | University of Michigan as a teaching assistant or | 09:45:43 |
| 21 | research assistant, were you also pursuing an advanced | 09:45:49 |
| 22 | degree? | 09:45:51 |
| 23 | A.  Yes. | 09:45:51 |
| 24 | Q.  And that degree was? | 09:45:51 |
| 25 | A.  A doctorate of philosophy. | 09:45:54 |

9

DEPOSITION OF WILLIAM MANGIONE-SMITH - March 11, 2002

| | | |
|---|---|---|
| 1 | Q.   In electrical engineering? | 09:45:56 |
| 2 | A.   That's right. | 09:45:58 |
| 3 | Q.   Would you mind telling us which year that | 09:46:02 |
| 4 | degree was obtained? | 09:46:05 |
| 5 | A.   I believe the degree was awarded in 1992. | 09:46:07 |
| 6 | The work was completed in '91. | 09:46:11 |
| 7 | Q.   What was the topic of your thesis for your | 09:46:14 |
| 8 | doctorate of philosophy degree? | 09:46:21 |
| 9 | A.   It involved techniques for achieving | 09:46:23 |
| 10 | high-performance execution of scientific codes on | 09:46:26 |
| 11 | highly concurrent computer systems. | 09:46:29 |
| 12 | Q.   Was there a substrate on which the scientific | 09:46:34 |
| 13 | codes that you were studying were run? | 09:46:39 |
| 14 | A.   Well, the class of architectures that I was | 09:46:43 |
| 15 | interested in principally were vector computers, like | 09:46:47 |
| 16 | a Cray computer, for example, and VLIW computers. | 09:46:50 |
| 17 | Q.   And during your studies, did you build any | 09:46:54 |
| 18 | hardware? | 09:46:58 |
| 19 | A.   No. | |
| 20 | Q.   Did you have access to a vector computer to | 09:47:06 |
| 21 | test your codes? | 09:47:08 |
| 22 | A.   I certainly had access to a vector computer. | 09:47:15 |
| 23 | However, if you're asking if I made use of one, the | 09:47:20 |
| 24 | answer would be no. | 09:47:23 |
| 25 | Q.   Did you use a simulator in the course of your | 09:47:29 |

10

| | | |
|---|---|---|
| 1 | study? | 09:47:33 |
| 2 | A.   Yes. | 09:47:34 |
| 3 | Q.   What simulator was that? | 09:47:34 |
| 4 | A.   There were quite of number of them, actually. | 09:47:38 |
| 5 | The principal simulator was the simulator for a | 09:47:40 |
| 6 | specific computer for a company called Astronautics. | 09:47:44 |
| 7 | Q.   How would you describe the architecture of | 09:47:50 |
| 8 | the computer manufactured by Astronautics? | 09:47:54 |
| 9 | A.   The specific computer -- actually, I believe | 09:48:02 |
| 10 | they only ever produced one model, was the | 09:48:05 |
| 11 | Astronautics ZS-1, which had a certain characteristic | 09:48:07 |
| 12 | that was called decoupled access execute. | 09:48:12 |
| 13 | Q.   What is decoupled access execute? | 09:48:24 |
| 14 | A.   Decoupled access execute is the formalization | 09:48:29 |
| 15 | of a design trend that had been going on for some | 09:48:32 |
| 16 | time.  It was formalized by Professor Jim Smith at the | 09:48:36 |
| 17 | University of Wisconsin.  In fact, he was one of the | 09:48:39 |
| 18 | founders the company that was then bought by | 09:48:43 |
| 19 | Astronautics, as best I can recall.  He was certainly | 09:48:49 |
| 20 | the principal at Astronautics.  He was a principal at | 09:48:51 |
| 21 | Cray Computers for a while, as well. | 09:48:51 |
| 22 | And it involves separating the aspects of | 09:48:52 |
| 23 | computation that involve referencing data from memory, | 09:48:54 |
| 24 | either loading data from memory or storing results | 09:49:11 |
| 25 | back in from the computation. | 09:49:14 |

11

1          (Reporter interruption.)                    09:49:15

2          THE WITNESS:  -- referencing data in memory,

3  loading data from memory or storing data back in, and 09:49:15

4  separated those operations from the actual computation 09:49:15

5  on the data.  So there was a single instruction        09:49:17

6  stream, but in practice, it was actually split up into 09:49:20

7  two distinct instruction streams.                      09:49:23

8  BY MR. KWOK:

9      Q.  So there was an instruction stream that        09:49:40

10  related to memory access, and there was an instruction 09:49:45

11  stream that related to executing data?                 09:49:52

12      A.  That's right.  And they were interleaved, so   09:49:57

13  in practice, they formed a single instruction steam as 09:50:01

14  it was fed to the microprocessor.  I'm sorry.  It

15  wasn't actually a microprocessor.  It was a            09:50:04

16  multi-chip, multi-board design, so a microcomputer.    09:50:04

17      Q.  During your course -- during the course of     09:50:10

18  your study relating to this execution of scientific    09:50:13

19  codes, did you have occasion to do logic design?       09:50:19

20      A.  I had an -- I certainly had an opportunity to  09:50:37

21  do logic design.  There was some work that was done to 09:50:39

22  understand particular existing logic designs.  But the 09:50:43

23  work itself did not fundamentally require me to do new 09:50:47

24  designs myself.                                        09:50:52

25      Q.  What were these particular existing logic      09:50:57

                                              12

1   designs that you had to understand at that time?                09:51:02

2       A.   The design of the Astronautics ZS-1 in                09:51:03

3   particular, as well in my functions as a teaching              09:51:07

4   assistant, I was directing some work in an                     09:51:10

5   undergraduate lab which involved digital logic design.         09:51:14

6           So I guess actually, now that I recall, there          09:51:17

7   was some small amount of logic design that took place          09:51:20

8   as a teaching assistant, but not very much.                    09:51:23

9       Q.   Did you have any occasion to build a tool             09:51:26

10  that analyzes logic design?                                    09:51:28

11      A.   I built a number of tools as a consequence of         09:51:41

12  conducting my research that involved determining               09:51:44

13  performance results and the effects on performance and         09:51:47

14  various factors in microcomputer design, including             09:51:50

15  logic design.

16          (Reporter interruption.)

17          THE WITNESS:  I'm sorry, you'll have to read           09:52:02

18  the whole sentence.

19          (The record was read by the Reporter.)                 09:52:14

20          THE WITNESS:  And effects on performance of            09:52:14

21  various designs.                                               09:52:16

22          MR. RILEY:  I think you said including logic           09:52:19

23  design.  Maybe you should state the answer again,              09:52:20

24  Professor.                                                     09:52:23

25          THE WITNESS:  During my research, I built a            09:52:25

                            13

DEPOSITION OF WILLIAM MANGIONE-SMITH - March 11, 2002

| | | |
|---|---|---|
| 1 | number of tools that involved evaluating the | 09:52:29 |
| 2 | performance of various computers, including the | 09:52:34 |
| 3 | Astronautics ZS-1, in particular understanding the | 09:52:35 |
| 4 | impact of certain features in those computers on | 09:52:39 |
| 5 | performance and the resulting performance. And | 09:52:41 |
| 6 | certainly one of the characteristics that affects | 09:52:44 |
| 7 | performance is the logic design of the computer | 09:52:47 |
| 8 | itself. | 09:52:50 |
| 9 | Thank you for giving me the opportunity to | 09:52:54 |
| 10 | clarify that rambling answer. | 09:52:56 |
| 11 | BY MR. KWOK: | |
| 12 | Q. No problem at all. And at any time you | 09:52:58 |
| 13 | believe that you need to correct an answer or clarify | 09:53:01 |
| 14 | an answer, just go right ahead. | 09:53:04 |
| 15 | Now I'm going to explore a little bit about | 09:53:12 |
| 16 | the tools that you built that were used to evaluate | 09:53:14 |
| 17 | performance of various architecture and how they | 09:53:24 |
| 18 | impact performance. | 09:53:31 |
| 19 | What kind of input do these tools take, if | 09:53:34 |
| 20 | there is one kind of input or if there were more than | 09:53:40 |
| 21 | one kind of input? | 09:53:44 |
| 22 | A. Well, in general, there are two types of | 09:53:49 |
| 23 | inputs that such a tool would take. One is an input | 09:53:57 |
| 24 | which is flexible and can change from experiment to | 09:53:58 |
| 25 | experiment. Another form of input is oftentimes we | 09:54:02 |

14

1    customize a tool for conducting a certain series of          09:54:08

2    experiments.  So that would be one form of input,            09:54:11

3    although it's not changed at run time.                       09:54:13

4          A number of different factors would affect            09:54:16

5    the sorts of experiments that we were interested in,         09:54:20

6    including issues like the latency through memory that        09:54:23

7    was a large component of my research.  The latency           09:54:26

8    through memory would be affected by the fundamental          09:54:32

9    clock rate of the microprocessor or the microcomputer        09:54:44

10   system --                                                    09:54:46

11          (Reporter interruption.)                             09:54:48

12          THE WITNESS:   -- which is a function of the         09:54:48

13   logic design.                                                09:54:49

14          Among some of the other factors that we would        09:54:54

15   be -- that is a consequence of my research, I was            09:54:57

16   looking at ratios that involved certainly the program       09:55:02

17   that was being executed was one input to the tool.  I       09:55:05

18   was looking at a number of compilation issues                09:55:10

19   involving how to produce high-performance codes so           09:55:14

20   compilation and the code -- the program that was fed        09:55:17

21   into the simulator was one important aspect.                 09:55:19

22          Another factor would have to be various              09:55:24

23   configuration aspects of the computer.  For example,         09:55:29

24   there were queues that were used to stage data, and          09:55:32

25   the size of those queues would have an impact on             09:55:37

15

1  performance.  And so we were studying how much                    09:55:40
2  resource should be dedicated to the size of these                 09:55:43
3  queues.                                                           09:55:47
4  BY MR. KWOK:
5      Q.  Would you say that your studies were                     09:55:54
6  primarily conducted at the register transfer level               09:56:09
7  rather than the detail logic design level?                       09:56:13
8          MR. RILEY:  I'm sorry, can we have that                  09:56:29
9  question reread, please?                                          09:56:30
10         (The record was read by the Reporter.)
11         THE WITNESS:  What I found as a consequence               09:56:32
12 of my studies in graduate school and since then is               09:56:34
13 that all of these issues are interconnected, and it's            09:56:37
14 difficult to separate out what is the most important             09:56:41
15 aspect.  And frequently, we'll end up spending quite a           09:56:46
16 bit of time on something which we logically consider             09:56:52
17 to be a less interesting aspect, and most of our                 09:56:55
18 intellectual capacity is directed towards a smaller              09:56:59
19 area where less time is spent.                                   09:57:03
20         In a case like that, it would be very                    09:57:06
21 difficult for me to answer that question as to where             09:57:08
22 most of the effort was directed.                                 09:57:12
23 BY MR. KWOK:
24     Q.  At Motorola, were you involved in logic                 09:57:18
25 design?                                                          09:57:20

                                    16

1      A.   I was.                                        09:57:22

2      Q.   And did you have occasion to use an emulation 09:57:24

3  tool?                                                   09:57:28

4      A.   While I was at Motorola, one of my            09:57:33

5  responsibilities was to work with some engineers who   09:57:36

6  were using emulation tools themselves as well as       09:57:40

7  designing a particular emulation system as part of my  09:57:45

8  work at Motorola in corporate research.                09:57:47

9      Q.   Are the details of this emulation system      09:57:59

10 proprietary information at Motorola?                    09:58:01

11     A.   To the best of my knowledge, they still       09:58:05

12 remain proprietary information.                         09:58:06

13     Q.   Can you give me a general, high-level         09:58:10

14 description of what this emulation system is without    09:58:14

15 disclosing Motorola proprietary information?            09:58:21

16     A.   Certainly.  At that time, one portion of      09:58:26

17 Motorola corporate research, which is where I was      09:58:29

18 employed initially inside Motorola, was interested in   09:58:34

19 large-scale message-passing multiprocessors.  And so   09:58:36

20 my early activities at the company involved developing 09:58:41

21 tools for understanding performance in this class of   09:58:46

22 systems and in the particular system that they were    09:58:50

23 interested in.                                          09:58:54

24          So what we were doing was designing a tool   09:58:54

25 that would model the detailed large-scale              09:58:58

                                           17

1    multiprocessor, take a user's program, understand what  09:59:01

2    the performance results would likely be without          09:59:06

3    actually going to the trouble of building the detailed    09:59:09

4    specific design that was under evaluation.               09:59:14

5        Q.  And this emulation system would take a logic     09:59:22

6    netlist of a processor or more than one processor and    09:59:26

7    reduce it into a form whereby the performance of the     09:59:30

8    design could be evaluated?                               09:59:36

9        A.  No.  This emulation system worked at a higher    09:59:39

10   level of abstraction.                                    09:59:42

11       Q.  What is your understanding of the term           09:59:47

12   generally of "emulation" as it is used in -- by logic    09:59:54

13   designers?                                               09:59:58

14       A.  From my experience, I believe that there is a    10:00:06

15   consistent agreement on the distinction between          10:00:11

16   emulation and simulation, for example.  However, while   10:00:15

17   I think that that distinction is consistent, it's not    10:00:20

18   universally agreed to.                                   10:00:24

19           I find that emulation is used -- the term        10:00:26

20   "emulation" is used in two different contexts that are   10:00:29

21   closely related.                                         10:00:32

22           The first is when someone wants to evaluate a    10:00:34

23   particular design and they're not quite able to take     10:00:41

24   that design down to the lowest level of abstraction      10:00:48

25   that they're interested in.  An example here would be    10:00:51

18

| | | |
|---|---|---|
| 1 | if you were designing a system in Verilog or VHDL and | 10:00:54 |
| 2 | for whatever reason didn't want to take it down to a | 10:00:59 |
| 3 | netlist but wanted to understand the performance | 10:01:03 |
| 4 | characteristics of your design and do functional tests | 10:01:07 |
| 5 | on it.  In that case, it's typically called | 10:01:09 |
| 6 | simulation, because from the point of view of the | 10:01:14 |
| 7 | designer, they actually are concerned about the output | 10:01:21 |
| 8 | at the logic level, at the netlist level. | 10:01:21 |
| 9 | If you take the design down to the netlist | 10:01:22 |
| 10 | and are concerned with -- and work with the | 10:01:24 |
| 11 | representation of logic gates and flip-flops, then | 10:01:27 |
| 12 | that typically is called emulation. | 10:01:31 |
| 13 | The important distinction here, though, is | 10:01:33 |
| 14 | that -- one important distinction, at least, is that | 10:01:35 |
| 15 | what's emulation to one person can be simulation to | 10:01:39 |
| 16 | the next person who works at the next lower level of | 10:01:43 |
| 17 | abstraction. | |
| 18 | The logic designer sees the entire world of | 10:01:47 |
| 19 | being gates and flip-flops.  If you get to gates and | 10:01:49 |
| 20 | flip-flops and you're dealing with the system, these | 10:01:52 |
| 21 | are all the concepts that they're concerned about.  So | 10:01:55 |
| 22 | you're emulating the system from exactly the point of | 10:01:58 |
| 23 | view that concerns them. | 10:02:01 |
| 24 | However, they will ultimately turn their | 10:02:02 |
| 25 | design around to a layout person, a VLSI person, and a | 10:02:05 |

19

1    VLSI person would naturally think of gate and                10:02:09

2    flip-flop level modeling as being simulation.                10:02:13

3           The second context for emulation typically            10:02:17

4    used is where one is concerned about doing something         10:02:20

5    called in-circuit emulation.  We have an existing            10:02:23

6    system that is being developed or being debugged, and        10:02:26

7    there is one component of it which we have modeled           10:02:32

8    using emulation.                                              10:02:35

9           We then want to be able to take the emulation        10:02:38

10   system that we've developed and attach it to this            10:02:40

11   other existing device and have the whole combined            10:02:43

12   system work in a way that is completely transparent to       10:02:49

13   the environment of the existing system.  So the              10:02:52

14   existing system should not know anything about the           10:02:54

15   emulation system that's been attached to it.  It             10:02:57

16   should appear exactly as if it were emulating all of         10:03:00

17   the functions of importance that would have been             10:03:04

18   implemented by the actual design that the system was         10:03:06

19   designed to work with it.                                    10:03:09

20       Q.  My understanding is that in-circuit emulation        10:03:24

21   requires also that very often, I guess, that the             10:03:27

22   target systems be degraded in order to work with the         10:03:36

23   emulation system.  Is that your understanding?               10:03:39

24       A.  It's my understanding and experience that            10:03:44

25   quite often emulation systems and in-circuit emulation       10:03:47

                                        20

1   systems do not achieve all of the desired goals.  They | 10:03:52

2   do not provide a true invisible emulation, although | 10:03:56

3   that certainly is the goal of the designers of the | 10:04:01

4   emulation system. | 10:04:03

5         And so the target system sometimes, as a | 10:04:05

6   consequence of these limitations, must unfortunately | 10:04:09

7   be modified in some way to change its performance to | 10:04:14

8   accommodate the in-circuit emulator.  But that | 10:04:17

9   certainly is not one of the desired goals. | 10:04:20

10        And while I'm well aware of systems that have | 10:04:23

11  taken that approach, I know as well that designers are | 10:04:26

12  less happy with that approach.  And I wouldn't feel | 10:04:29

13  qualified to comment on whether that was the typical | 10:04:32

14  approach or how frequently it was used.  It certainly | 10:04:34

15  is something that is likely to be used less over time | 10:04:38

16  as emulation technology improves. | 10:04:44

17        Q.  At UCLA, have you had occasion to build an | 10:04:52

18  emulation system? | 10:04:57

19        A.  While at UCLA on the faculty as a result of | 10:05:05

20  my research in the process of conducting my research, | 10:05:09

21  I have built a number of FPGA systems which emulate | 10:05:14

22  devices that may -- which implement functionality | 10:05:20

23  which may ultimately be implemented in an ASIC, and | 10:05:22

24  that could be seen as one form of emulation.  In fact, | 10:05:26

25  I believe it typically would be. | 10:05:30

21

1       Q.   To take your design and implement it in an      10:05:55

2   FPGA, did you use tools that are acquired from the        10:05:59

3   industry?                                                 10:06:03

4       A.   As a consequence of doing my research as well    10:06:07

5   as teaching courses at UCLA and designing systems with    10:06:10

6   FPGAs, we have used a large number of tools that were     10:06:14

7   developed by industry as well as tools that were          10:06:19

8   developed on campus to serve specific purposes as well    10:06:22

9   as tools that were developed by other academic            10:06:26

10  institutions or modified as the needs require.            10:06:28

11      Q.   Can you give me a couple of examples of tools    10:06:35

12  you personally built that would process a design from     10:06:37

13  a -- the designer's text file to take it to the FPGA      10:06:45

14  implementation at any point in that process?              10:06:56

15      A.   Certainly.  There are a number of such           10:07:01

16  systems that I have either built directly or in           10:07:03

17  cooperation with some of my graduate students.            10:07:06

18           In particular, there was one system which        10:07:10

19  solved a problem called Boolean satisfiability.  It's     10:07:14

20  a computer optimization problem.  And so what would       10:07:19

21  happen is that the problem would be cast in the           10:07:23

22  context of a logic optimization problem, logic not in     10:07:26

23  this case meaning gates and flip-flops, et cetera, but    10:07:31

24  truly abstract logic that would need to be solved.        10:07:34

25           We developed a tool, and such an optimization    10:07:39

22

| | | |
|---|---|---|
| 1 | problem is typically solved with a large software | 10:07:43 |
| 2 | optimizer and, depending on the size of the problem, | 10:07:47 |
| 3 | can take quite a long time.  So we wanted to speed up | 10:07:50 |
| 4 | this process by taking the specific optimization | 10:07:54 |
| 5 | problem at hand and casting it into hardware. | 10:07:57 |
| 6 | As a consequence of that, we needed to come | 10:08:06 |
| 7 | up with an architecture that represented a class of | 10:08:06 |
| 8 | solutions.  So the architecture that we constructed | 10:08:09 |
| 9 | was targeted at a particular Xilinx chip, and it | 10:08:13 |
| 10 | involved a controller and a set of memory elements and | 10:08:18 |
| 11 | a methodology for taking sub-problems within the | 10:08:23 |
| 12 | larger problem and implementing them with specific | 10:08:28 |
| 13 | logic gates.  And then the entire system involved -- | 10:08:32 |
| 14 | the entire solution that we developed, the tool, | 10:08:36 |
| 15 | rather, involved taking the specific overall problem, | 10:08:39 |
| 16 | decomposing that into sub-problems, instantiating | 10:08:44 |
| 17 | copies of the logic that would solve the individual | 10:08:50 |
| 18 | smaller problems. | 10:08:52 |
| 19 | We then were required in this particular | 10:08:54 |
| 20 | project to take the unusual step of actually doing | 10:08:57 |
| 21 | physical placement and physical routing on the chip, | 10:09:01 |
| 22 | which is something that is not typically done in an | 10:09:04 |
| 23 | FPGA.  It's typically solved in an FPGA by automatic | 10:09:08 |
| 24 | tools provided by the vendor.  However, we as a | 10:09:12 |
| 25 | consequence of the application of the system wanted to | 10:09:15 |

23

| | | |
|---|---|---|
| 1 | be able to solve it without requiring the vendors | 10:09:19 |
| 2 | tools to be used in line.  And the vendor, Xilinx for | 10:09:23 |
| 3 | this particular chip, had provided additional | 10:09:27 |
| 4 | information on their architecture that was not | 10:09:31 |
| 5 | typically available to designers of their other | 10:09:32 |
| 6 | architectures that allowed us to go on and do the | 10:09:35 |
| 7 | specific placement and routing problems for the | 10:09:38 |
| 8 | solution that they were working on here.  That was one | 10:09:41 |
| 9 | example. | 10:09:44 |
| 10 | Another example that I worked on quite a bit | 10:09:45 |
| 11 | involved a system that used Xilinx chips for solving a | 10:09:49 |
| 12 | time-consuming component of the problem of factoring | 10:09:56 |
| 13 | large integers.  This is important to security | 10:10:02 |
| 14 | applications, for example, and cryptography and code | 10:10:05 |
| 15 | breaking. | 10:10:08 |
| 16 | In particular, we were optimizing and | 10:10:08 |
| 17 | accelerating the task of receiving for large numbers | 10:10:11 |
| 18 | and looking for -- looking for large integers that had | 10:10:15 |
| 19 | certain mathematical properties.  This was done, again | 10:10:22 |
| 20 | using a similar approach to the last one, by taking | 10:10:26 |
| 21 | the user's overall specific problem.  They had a | 10:10:28 |
| 22 | specific integer that they were trying to factor and | 10:10:32 |
| 23 | casting that into silicon, into a digital circuit that | 10:10:35 |
| 24 | would then be executed on the FPGA. | 10:10:40 |
| 25 | There were a number of differences between | 10:10:42 |

24

1    this application, however, and the last one.  In this        10:10:43
2    application, we dealt only with the logic level.  We         10:10:46
3    dealt ultimately -- we stopped at the logic level, at        10:10:50
4    the register transfer level, and we allowed the              10:10:54
5    existing commercial tools from Xilinx to do place and        10:10:57
6    route and to satisfy all of the timing requirements          10:10:59
7    and to solve that task.                                      10:11:02

8           But the ultimate performance requirements             10:11:04
9    between the systems were different.  In the first            10:11:07
10   system, we wanted to be able to solve optimization           10:11:11
11   problem in the field relatively quickly.  So if a            10:11:14
12   software system might take three to four days, we            10:11:17
13   wanted to solve it in a few hours.                           10:11:21

14          The problem of large number factoring might           10:11:22
15   take several months or several years, and so if we          10:11:25
16   shrunk it down to being solved in a couple of weeks          10:11:31
17   and we spent a day going through the commercial CAD          10:11:36
18   tools --

19          (Reporter interruption.)                              10:11:40

20          THE WITNESS:  -- then that still satisfied            10:11:42
21   our goals for the project.                                   10:11:43

22          There are a number of other projects that             10:11:46
23   I've worked on which we can discuss if you would like.       10:11:48
24   BY MR. KWOK:                                                 10:11:51

25          Q.  I think you gave me a fairly good idea of the     10:11:51

                                  25

| | | |
|---|---|---|
| 1 | depth and the breadth of the work that you've done in | 10:11:58 |
| 2 | the FPGA-related systems, and I thank you for | 10:12:01 |
| 3 | providing me that information. | 10:12:05 |
| 4 | MR. KWOK:  Can we mark this as the next | 10:12:09 |
| 5 | exhibit. | 10:12:10 |
| 6 | (Discussion had off the record.) | 10:12:37 |
| 7 | (Plaintiff's Exhibit I-57 was marked for | 10:12:38 |
| 8 | identification.) | |
| 9 | BY MR. KWOK: | |
| 10 | Q.  Professor, do you recognize this as a copy of | 10:12:41 |
| 11 | your curriculum vitae? | 10:12:45 |
| 12 | A.  I do. | 10:12:47 |
| 13 | Q.  This is a curriculum vitae that you provided | 10:12:48 |
| 14 | us; is that correct? | 10:12:51 |
| 15 | A.  This is the CV that I provided to O'Melveny & | 10:12:52 |
| 16 | Myers which I believe they provided to you. | 10:12:58 |
| 17 | Q.  Can you look through it to the extent that | 10:13:00 |
| 18 | you can determine for me if there is anything that you | 10:13:03 |
| 19 | want to change or modify or supplement in the CV? | 10:13:06 |
| 20 | A.  This is, as far as I can tell and I believe, | 10:13:58 |
| 21 | completely accurate and up to date as of the time that | 10:14:01 |
| 22 | I submitted it to O'Melveny & Myers.  However, there | 10:14:04 |
| 23 | have been a number of changes which I would typically | 10:14:08 |
| 24 | update on my CV as of today. | 10:14:12 |
| 25 | Q.  Can you briefly describe those things that | 10:14:15 |

26

1  you would put in to update your CV?                          10:14:18

2      A.  Certainly.  As of 2001, I was promoted to           10:14:21

3  associate professor.                                          10:14:25

4          There are a number of journal publications          10:14:34

5  and conference publications which have occurred since        10:14:37

6  I submitted this CV, some of which certainly relate to       10:14:41

7  this -- to my area of expertise that first got me            10:14:49

8  involved in this case, computation based on FPGAs and        10:14:57

9  computer-aided design and computer architecture.             10:15:02

10         There are a number of additional professional        10:15:07

11 activities that have taken place that have been --           10:15:10

12 occurred since then.  In particular, I don't believe         10:15:16

13 it's listed here, I am now an associate editor of the        10:15:20

14 IEEE Magazine.  I have been nominated for being              10:15:26

15 associate editor of the IEEE Transactions on                 10:15:36

16 Computers, which is arguably the highest academic            10:15:37

17 journal in the area of computation, or the best --           10:15:41

18 most well regarded.  Let's phrase it that way, I             10:15:45

19 guess.                                                        10:15:48

20         My research activities have begun to move            10:15:57

21 into areas including security, network processor             10:16:01

22 design, network security in particular.                      10:16:06

23         There certainly are other changes, but I             10:16:13

24 don't know that -- there certainly are other changes,        10:16:16

25 but nothing that strikes me as essential at the              10:16:20

                              27

1    moment.                                                  10:16:23

2        Q.   You said that since providing this CV you had  10:16:23

3    already published a number of journals and other        10:16:28

4    professional publications that are not reflected on      10:16:34

5    the CV.  Can you give me a rough number of papers that   10:16:40

6    are not listed here?                                     10:16:45

7        A.   I would feel very uncomfortable giving you a    10:16:48

8    rough number.  I'd much rather go back and consult and   10:16:50

9    give you an exact number.                                10:16:54

10            As you can imagine, the faculty are somewhat    10:16:56

11   held hostage to the productivity of our graduate         10:17:03

12   students.  Furthermore, in my particular field, the      10:17:07

13   IEEE Transactions on Computers is a perfect example of   10:17:11

14   having a very long lead time in terms of publications.   10:17:15

15   So I have had papers submitted there that took three     10:17:18

16   years to publish.  In my mind, the conference work was   10:17:22

17   done a year before that, so the work was four years      10:17:25

18   old, and yet it may just be coming out of the pipeline   10:17:29

19   now.                                                     10:17:33

20            So I would feel much better if I can get you    10:17:33

21   an exact number.  Would you like me to write that down   10:17:37

22   and get you that?                                        10:17:40

23            MR. KWOK:   That certainly is reasonable.       10:17:42

24            MR. RILEY:   We'll get you an updated resume.   10:17:44

25   BY MR. KWOK:

                                                28

DEPOSITION OF WILLIAM MANGIONE-SMITH - March 11, 2002

# R E P O R T E R ' S   C E R T I F I C A T E

I, KAREN L. BUCHANAN, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a Certified Shorthand Reporter and a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting under my direction and supervision;

That the witness was given an opportunity to read and correct said deposition and to subscribe to the same. Should the signature of the witness not be affixed to the deposition, the witness shall not have availed him/herself of the opportunity to sign or the signature has been waived;

I further certify that I am not of counsel or attorney for either/or any of the parties to the said deposition nor in any way interested in the event of this cause and that I am not related to any of the parties thereto.

Date:  March 14, 2002

_____
KAREN L. BUCHANAN
CSR No. 10772

Case Name: IKOS vs. AXIS
Deponent: WILLIAM MANGIONE-SMITH  Date: March 11, 2002

Errata (Y/N):_____Attached (Y/N):_____

Signature (Y/N):_____Attached (Y/N):_____

Reporter initials/dated:_____

Original sealed (Date):_____

184

DEPOSITION OF WILLIAM MANGIONE-SMITH - March 11, 2002

# William Henry Mangione-Smith

Electrical Engineering                          11838 Hartsook
56-147J Engineering IV                          Valley Village, CA 91607
University of California
Los Angeles, CA 90095

Phone: (310) 206-4195                           (818) 763-5444
Fax:     (310) 825-7928
Email:  billms@ucla.edu
WWW:  http://www.icsl.ucla.edu/~billms

## Education

Ph.D. University of Michigan, 1992
    Performance Bounds and Buffer Space Requirements for Concurrent Processors
M.S. Computer Engineering, University of Michigan, 1992
B.S. Electrical Engineering, University of Michigan, 1987

## Employment

1995-Present
    Assistant Professor, University of California at Los Angeles
    Project leader in low-power computer engineering for wireless multimedia devices
    Project leader in reconfigurable computing systems

1993-1995
    Motorola Wireless Data Group
    Architect for second-generation wireless PDA in the Envoy product line

1991-1992
    Motorola Corporate Research
    Low power systems design and performance evaluation tools for a message passing
    parallel processor

1986-1987
    Chrysler Corporation
    Software development of CAD tools

## Professional Activities

Member of ACM and IEEE
Program Chairman for the 26'th International Symposium on Microarchitecture
Panel Chairman for Compiler and Architecture Support for Embedded Computing System
    (CASES) 99
Invited Participant at the ACM Strategic Directions in Computing Research
Invited Participant at the following NSF Workshops: CAD for Systems Design,
    Experimental Research in Computer Systems, Research Directions for Next-
    Generation Systems Design and Integration
Best Paper Award, Architecture Track Hawaii International Conference on Systems
    Sciences, 1991
Editorial Board of IEEE Concurrency

Ptf's Exhibit  T-57
Deponent Mangione-Smith
Date: 3-11-02
Karen L. Buchanan

Associate-Editor of IEEE Computer

## Research Activities

Embedded Systems, High-level Synthesis, Processor Architecture, Compilation Techniques, Low Power Computer System Design, High Performance Configurable Computing Systems

## Consulting Activities

Motorola Paging Products Division, 1995.
Advanced Micro Devices, 1996-1998
S3 1998
SGI 1998
EDN Embedded Microprocessor Benchmark Consortium

## Journal Publications

[1]     W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "A Performance
        Comparison of the IBM RS/6000 and the Astronautics ZS-1," *IEEE Computer*, vol. 24,
        1991.

[2]     W. H. Mangione-Smith, T.-P. Shih, S. G. Abraham, and E. S. Davidson, "Approaching a
        Machine-Application Bound in Delivered Performance on Scientific Codes," *Proceedings
        of the IEEE*, vol. 81, pp. 1166-1178, 1993.

[3]     K.-G. Chia, H. J. Kim, S. Lansing, W. H. Mangione-Smith, and J. Villasenor, "High
        Performance Automatic Target Recognition Through Data-Specific VLSI," *IEEE
        Transactions on VLSI*, vol. 6, pp. 364-372, 1998.

[4]     N. R. Shnidman, W. H. Mangione-Smith, and M. Potkonjak, "On-line fault detection for
        bus-based field programmable gate arrays," *IEEE Transactions on Very Large Scale
        Integration (VLSI) Systems*, vol. 6, pp. 656-66, 1998.

[5]     J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Low overhead fault-tolerant FPGA
        systems," *IEEE Trans. Very Large Scale Integration (TVLSI)*, pp. 212-21, 1998.

[6]     W. H. Mangione-Smith, "Mobile computing and smart spaces," *IEEE Concurrency*, vol. 6,
        pp. 5-7, 1998.

[7]     W. H. Mangione-Smith, "'Beauty depends on size'-Aristotle," *IEEE Concurrency*, vol. 6,
        pp. 8-10, 1998.

[8]     W. H. Mangione-Smith, B. Hutchings, D. Andrews, A. DeHon, C. Ebeling, R. Hartenstein,
        O. Mencer, J. Morris, K. Palem, V. K. Prasanna, and H. A. E. Spaanenburg, "Seeking
        solutions in configurable computing," *IEEE Computer*, vol. 30, pp. 38-43, 1997.

[9]     W. H. Mangione-Smith, "Application design for configurable computing," *IEEE Computer*,
        vol. 30, pp. 115-17, 1997.

[10]    J. Villasenor and W. H. Mangione-Smith, "Configurable computing," *Scientific American*,
        vol. 276, pp. 54-9, 1997.

[11]    C. Chien, S. Nazareth, P. Lettieri, S. Molloy, B. Schoner, W. A. I. Boring, J. Chen, C.
        Deng, W. H. Mangione-Smith, and R. Jain, "An integrated testbed for wireless multimedia
        computing," *Journal of VLSI Signal Processing*, vol. 13, pp. 105-24, 1996.

[12]    D. Kirovski, C. Lee, M. Potkonjak, and W. H. Mangione-Smith, "Application-Driven
        Synthesis of Core-Based Systems," *Accepted for Publication in IEEE Transactions on
        COMPUTER-AIDED DESIGN of Integrated Circuits and Systems*, TBD.

## Conference Publications

[13]    W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "The Effects of Memory
        Latency and Fine-Grain Parallelism on Astronautics ZS-1 Performance," *Proceedings of
        the Twenty-Third Hawaii International Conference on System Sciences*, 1990.

[14]    W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Architectural vs. Delivered
        Performance of the IBM RS/6000 and the Astronautics ZS-1," *Proceedings of the
        Twenty-Fourth Hawaii International Conference on System Sciences*, 1991.

[15]    W. H. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Vector Register Design for
        Polycyclic Vector Scheduling," *Proceedings of the Fourth Conference on Architectural
        Support for Programming Languages and Operating Systems*, 1991.

[16]    W. Mangione-Smith, S. G. Abraham, and E. S. Davidson, "Register Requirements of
        Pipelined Processors," *Proceedings of the International Conference on Supercomputing*,
        1992.

[17]    T. Conte and W. Mangione-Smith, "Determining Cost-Effective Multiple Issue Processor
        Designs," *Proceedings of the International Conference on Computer Design*, 1993.

[18]    B. Mangione-Smith, "Low power communications protocols: paging and beyond," *IEEE
        Symposium on Low Power Electronics*, 1995.

[19]    J. Villasenor, B. Schoner, C. Kang-Ngee, C. Zapata, K. Hea Joung, C. Jones, S. Lansing, and B. Mangione-Smith, "Configurable computing solutions for automatic target recognition," Proceedings IEEE Symposium on FPGAs for Custom Computing Machines, 1996.

[20]    W. Mangione-Smith, P. S. Ghang, S. Nazareth, P. Lettieri, W. Boring, and R. Jain, "A low power architecture for wireless multimedia systems: lessons learned from building a power hog," International Symposium on Low Power Electronics and Design, 1996.

[21]    W. H. Mangione-Smith and B. Hutchings, "Configurable Computing: The Road Ahead," Proceedings of the Reconfigurable Architectures Workshop, Geneva, 1997.

[22]    W. Mangione-Smith, "Configurable computing: concepts and issues," Proceedings of the Thirtieth Hawaii International Conference on System Sciences, 1997.

[23]    J. Leonard and W. H. Mangione-Smith, "A case study of partially evaluated hardware circuits: key-specific DES," Proceedings Field-Programmable Logic and Applications, 1997.

[24]    N. R. Shnidman, W. H. Mangione-Smith, and M. Potkonjak, "Fault scanner for reconfigurable logic," Proceedings Seventeenth Conference on Advanced Research in VLSI, 1997.

[25]    J. Kin, G. Munish, and W. H. Mangione-Smith, "The filter cache: an energy efficient memory structure," Proceedings. Thirtieth Annual IEEE/ACM International Symposium on Microarchitecture, 1997.

[26]    D. Kirovski, J. Kin, and W. H. Mangione-Smith, "Procedure based program compression," Proceedings of 30th Annual International Symposium on Microarchitecture Research, 1997.

[27]    D. Kirovski, C. Lee, M. Potkonjak, and W. Mangione-Smith, "Application-driven synthesis of core-based systems," Proceedings of IEEE International Conference on Computer Aided Design, 1997.

[28]    C. Lee, M. Potkonjak, and W. H. Mangione-Smith, "MediaBench: a tool for evaluating and synthesizing multimedia and communications systems," Proceedings of 30th Annual International Symposium on Microarchitecture, 1997.

[29]    J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "Hypermedia Processors: Design Space Exploration," Proceedings of Multi-Media Signal Processing, 1998.

[30]    J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Fingerprinting digital circuits on programmable hardware," Information Hiding. Second International Workshop, IH'98., 1998.

[31]    J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Signature hiding techniques for FPGA intellectual property protection," 1998 IEEE/ACM International Conference on Computer-Aided Design, 1998.

[32]    J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "FPGA fingerprinting techniques for protecting intellectual property," Proceedings of the IEEE 1998 Custom Integrated Circuits Conference, 1998.

[33]    J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Efficiently supporting fault-tolerance in FPGAs," International Symposium on Field Programmable Gate Arrays, 1998.

[34]    H. J. Kim, W. H. Mangione-Smith, and M. Potkonjak, "Protecting ownership rights of a lossless image coder through hierarchical watermarking," IEEE Workshop on Signal Processing Systems, 1998.

[35]    A. B. Kahng, J. Lach, W. H. Mangione-Smith, S. Mantik, I. L. Markov, M. Potkonjak, P. Tucker, H. Wang, and G. Wolfe, "Watermarking techniques for intellectual property protection," Proceedings 1998 Design and Automation Conference, 1998.

[36]    A. Rashid, J. Leonard, and W. H. Mangione-Smith, "Dynamic circuit generation for solving specific problem instances of Boolean satisfiability," Symposium on FPGAs for Custom Computing Machines, 1998.

[37]    D. Kirovski, C. Lee, M. Potkonjak, and W. Mangione-Smith, "Synthesis of power efficient systems-on-silicon," Proceedings of 1998 Asia and South Pacific Design Automation Conference, 1998.

[38]   C. Lee, J. Kin, M. Potkonjak, and W. H. Mangione-Smith, "Media architecture: general
       purpose vs. multiple application-specific programmable processor," Design and
       Automation Conference, 1998.

[39]   A. Rashid, J. Asher, W. H. Mangione-Smith, and M. Potkonjak, "Hierarchial
       Watermarking for Protection of DSP Filter Cores," IEEE 1999 Custom Integrated Circuits
       Conference, San Diego, CA USA, 1989.

[40]   H. Zou, H. J. Kim, S. Kim, B. Daneshrad, R. Wesel, and W. H. Mangione-Smith,
       "Equalized GMSK, Equalized QPSK, and COFDM, a Comparative Study for High Speed
       Wireless Indoor Data Communications," International Vehicular Technology Conference,
       Houston, TX USA, 1999.

[41]   J. Kin, C. Lee, W. H. Mangione-Smith, and M. Potkonjak, "Power Efficient
       Mediaprocessors: Design Space Exploration," Design Automation Conference, New
       Orleans, LA USA, 1999.

[42]   J. Lach, W. H. Mangione-Smith, and M. Potkonjak, "Robust FPGA Intellectual Property
       Protection through Multiple Small Watermarks," Design Automation Conference, 1999.

## Book Chapters

[43]   W. H. Mangione-Smith, "Register Requirements for High Performance Code Scheduling,"
       in *The Interaction of Compiler Technology and Computer Architecture*, D. Lilja and P.
       Bird, Eds.: Kluwer Academic Press, 1994, pp. 51-84.

[44]   W. H. Mangione-Smith, "Performance Bounds for Rapid Computer System Evaluation,"
       in *Fast Simulation of Computer Architectures*, T. Conte and C. Gimarc, Eds.: Kluwer
       Academic Press, 1995.

EXHIBIT

B

1

CONFIDENTIAL,                        Volume I
ATTORNEYS' EYES ONLY                 Pages 1 - 169
                                     Exhibits A-1 - A-9

           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - x
                                   :
IKOS SYSTEMS, INC., a Delaware     :
corporation, and MASSACHUSETTS     :
INSTITUTE OF TECHNOLOGY,           :
a Massachusetts corporation,       :
            Plaintiffs,            :
                                   :
       vs.                         :   Civil Action
                                   :   No. 01-074-JJF
AXIS SYSTEMS, INC., a Delaware     :
corporation,                       :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x

          CONFIDENTIAL VIDEOTAPED DEPOSITION OF
CHARLES W. SELVIDGE, a witness called on behalf of
the Defendant, taken pursuant to the Federal Rules
of Civil Procedure, before Carol H. Kusinitz,
Registered Professional Reporter and Notary Public
in and for the Commonwealth of Massachusetts, at the
Offices of Doris O. Wong Associates, Inc., 50
Franklin Street, Boston, Massachusetts, on Thursday,
August 30, 2001, commencing at 9:05 a.m.

PRESENT:

    Skjerven Morrill MacPherson LLP
         (by Matthew J. Brigham, Esq.,
         and Edward C. Kwok, Esq.)
         25 Metro Drive, Suite 700, San Jose,
         CA 95110, for the Plaintiffs.

    O'Melveny & Myers LLP (by George A. Riley, Esq.)
         Embarcadero Center West, 275 Battery
         Street, San Francisco, CA 94111-3305,
         for the Defendant.

    Also Present:  George Libbares, Videographer

11:42:59  1      Q.    You generally wouldn't, you know, as a

2      Ph.D., computer science, you wouldn't let documents

3      go out under your name that were wrong?

4      A.    Yes.  I'm just trying to clarify -- clarify

11:43:11  5      the authorship.

6      Q.    All right.  And if I ask you in these

7      questions, "What did you mean by this sentence?", is

8      that okay, because you did review it and approved

9      it?

11:43:21 10      A.    Yes.

11      Q.    So let's start again.  Second sentence,

12      same paragraph, "A single cycle of the system design

13      clock comprises many virtual clock cycles."  What do

14      you mean by a "system design clock"?

11:43:45 15      A.    The same thing that we have meant by

16      "environmental clock," in various places, and "user

17      design clock."  This is another -- another synonym.

18      Q.    So let me get this correct, then.  In your

19      view, the following are synonymous:  environmental

11:44:09 20      clock, environmental timing signal, user design

21      clock, and user clock?

22      A.    In the context in which those things have

23      been used, they are all being used -- which are just

24      in context for each one -- they are being used in a

72

11:44:29   1    synonymous fashion.

2         Q.   Do you also use the term "emulation clock"

3    to mean environmental clock, environmental timing

4    signal, user design clock, and user clock?

11:44:45   5              MR. BRIGHAM:  Vague as to in what context.

6              MR. RILEY:  In any context.

7         A.   Quite possibly.  It is possible that that

8    might occasionally be used as a synonym of

9    "environmental clock," "system design clock."  It's

11:45:06  10    also possible that it might occasionally be used as

11    a synonym for "virtual clock."  We would need to --

12    we would need to look at the specific usage.  But it

13    could -- it could easily be used as a synonym.

14         Q.   Well, I think we'll look at some documents

11:45:23  15    that use that.  I'm not trying to trick you.  But at

16    least with regard to environmental clock,

17    environmental timing signal, user clock, user design

18    clock, within the context that we've discussed them

19    here today, they all had this characteristic of a

11:45:46  20    fixed relationship that is equal to or greater than

21    this minimum value that was established by an

22    analysis of the virtual clock?

23         A.   Yes.

24         Q.   You have, in the next paragraph, "By

169

1   COMMONWEALTH OF MASSACHUSETTS)

2   SUFFOLK, SS.                    )

3       I, Carol H. Kusinitz, Registered Professional

4   Reporter and Notary Public in and for the

5   Commonwealth of Massachusetts, do hereby certify

6   that there came before me on the 30th day of August,

7   2001, at 9:05 a.m., the person hereinbefore named,

8   who was by me duly sworn to testify to the truth and

9   nothing but the truth of his knowledge touching and

10  concerning the matters in controversy in this cause;

11  that he was thereupon examined upon his oath, and

12  his examination reduced to typewriting under my

13  direction; and that the deposition is a true record

14  of the testimony given by the witness.

15      I further certify that I am neither attorney or

16  counsel for, nor related to or employed by, any

17  attorney or counsel employed by the parties hereto

18  or financially interested in the action.

19      In witness whereof, I have hereunto set my hand

20  and affixed my notarial seal this _10th_ day of

21  September, 2001.

22                              _Carol H. Kusinitz_

23                                Notary Public

24                      My commission expires 6/2/06

EXHIBIT

C

1

CONFIDENTIAL,                    Volume I
ATTORNEYS' EYES ONLY             Pages 1 - 147
                                 Exhibits A-55 - A-56

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - x
                                 :
IKOS SYSTEMS, INC., a Delaware   :
corporation, and MASSACHUSETTS   :
INSTITUTE OF TECHNOLOGY,         :
a Massachusetts corporation,     :
             Plaintiffs,         :
                                 :
       vs.                       :   Civil Action
                                 :   No. 01-074-JJF
AXIS SYSTEMS,  INC., a Delaware  :
corporation,                     :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x

       CONFIDENTIAL VIDEOTAPED DEPOSITION OF ANANT
AGARWAL, a witness called on behalf of the
Defendant, taken pursuant to the Federal Rules of
Civil Procedure, before Carol H. Kusinitz,
Registered Professional Reporter and Notary Public
in and for the Commonwealth of Massachusetts, at the
MIT Computer Science Department, 200 Technology
Square, Cambridge, Massachusetts, on Wednesday,
September 26, 2001, commencing at 10:28 a.m.

PRESENT:

    Skjerven Morrill MacPherson LLP
        (by Edward C. Kwok, Esq.)
        25 Metro Drive, Suite 700, San Jose,
        CA 95110, for the Plaintiffs.

    O'Melveny & Myers LLP (by George A. Riley, Esq.)
        Embarcadero Center West, 275 Battery
        Street, San Francisco, CA 94111-3305,
        for the Defendant.

    Also Present:  Wayne Martin, Videographer

11:40:29 1     Q.   And in static communication, the

2  communication is determined at compile time,

3  although it may take a number of different paths?

4     A.   Well, communication is, static

11:40:41 5  communication -- the definition of "communication"

6  is, you know, some knowledge from here being

7  transferred to some other location.  That is

8  communication.  Routing is the path or set of paths

9  that the signal took during the act of

11:40:59 10  communication.

11     Q.   Returning to your paper on that same

12  section, and again, Page 4, you have -- well, let me

13  ask you this first, and I apologize for not asking

14  this earlier:  Were you involved here at MIT with

11:41:27 15  other applications of static routing?  And I'm

16  particularly referring to a product called NuMesh.

17     A.   Yes.

18     Q.   What was NuMesh?

19     A.   NuMesh was a project, I don't know the

11:41:47 20  exact time frame, but that went on here where there

21  was interest in transmitting data over a network

22  with determining certain aspects of the

23  communication at compile time.

24     Q.   So in that sense it was a static routing?

11:49:20  1   multiplexing?

2       A.   Multiplexing simply says that you have one

3   physical resource and you use that for multiple

4   things.  Time multiplexing means that you have one

11:49:35  5   physical resource and the use of that for a bunch of

6   distinct logical entities varies -- it's used over

7   time.  In other words, that resource is -- its use

8   is divided up into chunks of time, where that

9   resource is used by one logical entity on one chunk

11:50:06 10   and another logical entity on another chunk.  That's

11   the definition of time-division multiplexing.

12       Q.   So if I simply had a simple multiplexer,

13   and I enabled it at one period and then came back

14   and enabled it at another, but there was no

11:50:20 15   relationship between time and the selection, you

16   wouldn't call that time multiplexing?

17       A.   It would certainly be multiplexing.  Maybe

18   it would also be time multiplexing, because if you

19   came at another period of time and selected it

11:50:44 20   again, it would naturally be at a different time.

21   So maybe it would also be time multiplexing.

22       Q.   Well, then what's the difference between

23   time multiplexing and multiplexing?

24       A.   The difference is between space

147

1    COMMONWEALTH OF MASSACHUSETTS)

2    SUFFOLK, SS.                    )

3         I, Carol H. Kusinitz, Registered Professional

4    Reporter and Notary Public in and for the

5    Commonwealth of Massachusetts, hereby certify that

6    there came before me on the 26th day of September,

7    2001, at 10:28 a.m., the person hereinbefore named,

8    who was by me duly sworn to testify to the truth and

9    nothing but the truth of his knowledge touching and

10   concerning the matters in controversy in this cause;

11   that he was thereupon examined upon his oath, and

12   his examination reduced to typewriting under my

13   direction; and that the deposition is a true record

14   of the testimony given by the witness.

15        I further certify that I am neither attorney or

16   counsel for, nor related to or employed by, any

17   attorney or counsel employed by the parties hereto

18   or financially interested in the action.

19        In witness whereof, I have hereunto set my hand

20   and affixed my notarial seal this 3rd day of

21   October, 2001.

22                                Notary Public

23

24        My commission expires 6/2/06