Edward V. Anderson (SBN 83148)
Edward C. Kwok (SBN 144302)
Georgia K. Van Zanten (SBN 116869)
Matthew J. Brigham (SBN 191428)
Julia S. Ferguson (SBN 216102)
SKJERVEN MORRILL MACPHERSON LLP
25 Metro Drive, Suite 700
San Jose, California 95110
Phone:  (408) 453-9200
Facsimile:  (408) 453-7979

David A.York (SBN 89942)
James L. Day Jr. (SBN 197158)
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, CA  94025
Telephone:  (650) 329-4600
Facsimile:  (650) 463-2600

Attorneys for Plaintiffs
IKOS SYSTEMS, INC. and
MASSACHUSETTS INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IKOS SYSTEMS, INC., a Delaware Corporation, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AXIS SYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 01-21079 JW<br><br>**DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFFS IKOS SYSTEMS, INC. AND MASSACHUSETTS INSTITUTE OF TECHNOLOGY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF VOLUMES I-V**<br><br>Date:  May 3, 2002<br>Time:  8:00 a.m. – 12:00 p.m.<br>Place:  Courtroom No. 8 |

**BRIGHAM DECLARATION IN SUPPORT OF PLAINTIFFS'
OPENING CLAIM CONSTRUCTION BRIEF - Case No.: 01-21079 JW**

I, Matthew J. Brigham, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and the Bar of this Court. I am an attorney in the law firm of Skjerven Morrill MacPherson LLP, attorneys of record for IKOS Systems, Inc. and Massachusetts Institute of Technology. Unless otherwise noted, I have personal knowledge of the facts set forth in this Declaration. If called and sworn as a witness, I could and would competently so testify. I submit this Declaration in support of IKOS Systems and Massachusetts Institute of Technology's Opening Claim Construction Brief.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,596,742, Bates labeled IKOS0015174-15189. **(Volume I)**

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,761,484, Bates labeled IKOS0015190-15207. **(Volume I)**

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,649,176, Bates labeled IKOS0015208-15235. **(Volume I)**

5. Attached hereto as Exhibit D are Proposed Jury Instructions pursuant to Paragraph 10.a. of the Court's Scheduling Order. **(Volume I)**

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,009,256. **(Volume I)**

7. Attached hereto as Exhibit F is a true and correct copy of a document from Kelda Style of Page White Farrer to the European Patent Office dated September 6, 1996, Bates labeled IKOS0005420-5431. **(Volume I)**

8. Attached hereto as Exhibit G is a true and correct copy of a "Reply to First Written Opinion" dated March 17, 1995, Bates labeled IKOS0007426-7446. **(Volume I)**

9. Attached hereto as Exhibit H is a true and correct copy of the prosecution history for U.S. Patent No. 5,596,742, Bates labeled IKOS0000667-1034. **(Volume II)**

10. Attached hereto as Exhibit I is a true and correct copy of the prosecution history for U.S. Patent No. 5,761,484, Bates labeled IKOS0000228-525. **(Volume III)**

11. Attached hereto as Exhibit J is a true and correct copy of the prosecution history for U.S. Patent No. 5,649,176, Bates labeled IKOS0000526-666. **(Volume III)**

**BRIGHAM DECLARATION IN SUPPORT OF PLAINTIFFS'**
**OPENING CLAIM CONSTRUCTION BRIEF - Case No.: 01-21079 JW**                                                  1

1      12. Attached hereto as Exhibit K are true and correct copies of the references cited during prosecution of U.S. Patent No. 5,596,742 and U.S. Patent No. 5,761,484. **(Volumes IV, V)**

3      13. Attached hereto as Exhibit L are true and correct copies of the references cited during prosecution of U.S. Patent No. 5,649,176 (with the exception of U.S. Patent No. 4,697,241 which is included in Exhibit K.) **(Volume V)**

6      14. Hard-copies of this Declaration and the accompanying exhibits are being filed with the Court, rather than E-filed due to their voluminous nature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 29, 2002 at San Jose, California.

                        __s/ Matthew J. Brigham_____

                        Matthew J. Brigham

858168 v7

**BRIGHAM DECLARATION IN SUPPORT OF PLAINTIFFS'**
**OPENING CLAIM CONSTRUCTION BRIEF - Case No.: 01-21079 JW**    2

# CERTIFICATE OF SERVICE

Case Name:  IKOS SYSTEMS, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, v. AXIS Systems, Inc.
Case No:  01-21079 JW

I, Lori Paul, declare as follows:

I am a citizen of the United States and a resident of the State of California.  I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is 25 Metro Drive, Suite 700, San Jose, California 95110.  On the date set forth below I served:

**DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFFS IKOS SYSTEMS, INC. AND MASSACHUSETTS INSTITUTE OF TECHNOLOGY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF VOLUMES I-V**

☐   By placing such a copy enclosed in a sealed envelope, postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at Skjerven Morrill MacPherson LLP.

☐   By consigning such a copy to a messenger for guaranteed hand delivery on this date only.

☒   By consigning such copy to an overnight courier for guaranteed next day delivery via Federal Express.

☐   By consigning such copy to a facsimile operator for transmittal on this date.

I served the above documents on the following persons:

George A. Riley
David Eberhart
Luann L. Simmons
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305

I am readily familiar with Skjerven Morrill MacPherson LLP's practice for collection and processing of correspondence for delivery according to instructions indicated above.  In the ordinary course of business, correspondence would be handled accordingly.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed at San Jose, California, on March 29, 2002.

s/ Lori Paul
Lori Paul

**CERTIFICATE OF SERVICE, CASE NO. 01-21079 JW**