857053  v1

Edward V. Anderson (SBN 83148)
Edward C. Kwok (SBN 144302)
Georgia K. Van Zanten (SBN 116869)
Matthew J. Brigham (SBN 191428)
Julia S. Ferguson (SBN 216102)
SKJERVEN MORRILL MACPHERSON LLP
25 Metro Drive, Suite 700
San Jose, California 95110
Phone:  (408) 453-9200
Facsimile:  (408) 453-7979

Attorneys for Plaintiffs
IKOS SYSTEMS, INC. and
MASSACHUSETTS INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IKOS SYSTEMS, INC., a Delaware Corporation, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AXIS SYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 01-21079 JW<br><br>**DECLARATION OF GEORGIA K. VAN ZANTEN IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO PRESENT EXPERT TESTIMONY ON CLAIM CONSTRUCTION**<br><br>Hearing Date: April 22, 2002<br>Time:                9:00 a.m.<br>Place               Courtroom 8<br>Judge:              Hon. James Ware |

I, Georgia K. Van Zanten, declare:

1.       I am an attorney with the law firm of Skjerven Morrill MacPherson LLP, attorney's of record for Plaintiffs IKOS Systems, Inc. and Massachusetts Institute of Technology, and I am authorized to practice before all the courts of the State of California and the District Court for the Northern District of California.  I have personal knowledge of the facts stated in this declaration and I could and would competently testify thereto if called upon to do so.

2.       Exhibit A is a true and correct copy of the resume of Dr. Majid Sarrafzadeh who has been disclosed by Plaintiffs as an expert in this case.

857053 v1

3.     Exhibit B is a true and correct copy of an e-mail received from Defendant Axis' counsel stating that because Axis would be addressing, "among other topics, claim construction" Axis would need to schedule the continuation of Dr. Sarrafzadeh's deposition for a date before the March 4, 2002 claims construction discovery cutoff.  The continuation of Dr. Sarrafzadeh's deposition was, in fact, conducted on March 6, 2002 pursuant to the parties' stipulation to extend claims construction discovery through March 11, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of April, 2002 at San Jose, California.


_____
/S/
Georgia K. Van Zanten

# EXHIBIT A

# MAJID SARRAFZADEH

**ADDRESS**

Computer Science Department
UCLA
3532C Boelter Hall
Los Angeles, CA 90095
  Phone: (310) 794-4303 Fax: (310) 794-5056
  Email: majid@cs.ucla.edu
  Home Page : http://www.cs.ucla.edu/~majid/
  Research Lab: http://er.cs.ucla.edu/

**EDUCATIONAL RECORD**

University of Illinois at Urbana-Champaign,
Department of Electrical and Computer Engineering.
Bachelor of Science, 1982. Master of Science, 1984. Doctor of Philosophy,  January of 1987.

**WORK EXPERIENCE**

- Computer Science Department, UCLA, Fall of 2000 – present.

- Department of Electrical and Computer Engineering, Northwestern University, Assistant Professor (January of 1987 - 1991), Associate Professor (1991 - 1997), tenure (1993), Full Professor (1997 - 2000).

- Test Engineer, Central Data Corporation, Summer 1982.

- Research Assistant, Coordinated Science Laboratory, University of Illinois at Urbana Champaign, August 1982 - December 1986.

- Visiting Scientist (Physical Design), IBM T.J. Watson Research Lab., Yorktown Heights, Summer 1988.

- Invited Lecturer/Researcher, Leonardo Fibonacci Institute for the Foundations of Computer Science, Trento, Italy, Summer 1991 (co-lectured with: T. Lengauer and R. Moehring).

- Research collaboration/consulting with IBM ( since 1990) and Motorola (since 1994) and a number of CAD companies.

- Consulting (and one of the original architects), Monterey Design Systems, California., 1997-2000.

- Sabbatical at Motorola (1997-98 academic year): Architecture and Design of a multimedia signal processor chip and high-level design methodology/algorithms.

**AREAS OF RESEARCH INTEREST**

Reconfigurable Computing and Devices, Low-Power  Embedded Systems, VLSI Computer-Aided Design, Design and Analysis of Algorithms.

## AWARDS/SOCIETIES

- Member of Tau Beta Pi (National Engineering Honor Society) and Eta Kappa Nu (Electrical Engineering Honor Society).
- IEEE (Fellow), SIAM, ACM
- Recipient of a 1987 NSF Engineering Initiation Award.
- Recipient of a 1988 Design Automation Library Award.
- Northwestern McCormick School of Engineering and Applied Sciences (MEAS) 1989/90Faculty Teaching Honor Roll (given to best teachers).
- Recipient of a 1991 Design Automation Library Award.
- Distinguished paper in ICCAD-91 for "The Crossing Distribution Problem" (joint with M. Marek-Sadowska)
- Distinguished paper in ICCAD-91 for "Three-Layer Over-The-Cell Routing" (joint work with N. Holmes and N. Sherwani).
- Election to Senior Member Grade in IEEE (1992).
- Best Paper Award in DAC-93 for "The Buffer Distribution Problem" (joint work with J.D. Cho).
- Recipient of a 1994 ACM-SIGDA scholarship Award ($12,000).
- Recipient of a 1995 ACM-SIGDA scholarship Award ($12,000).
- Fellow of IEEE (1996). The citation reads: "For Contribution to Theory and Practice of VLSI Design".

## EDITORIAL

- Editorial board of *International Journals of Computer-Aided VLSI Design*, 1989-1991.
- Associate Editor of *IEEE Transactions on Computer-Aided Design of ICAS* (TCAD), July1993 - present.
- Editorial board of *VLSI Design*, 1995 - present.
- Co-editor-in-chief of *The International Journal of High-Speed Electronics*, 1995-present.
- Advisory board of *The CSI Journal on Computer Science and Engineering* (CSIJCSE), 1999-present.
- Associate Editor of ACM Transactions on Design Automation of Electronic Systems (TODAES), March 2000 - present.
- Editor of International Journal of Computer Applications in technology (by UNESCO), 2000-present.

## TECHNICAL COMMITTEES

- Program committee of First IEEE Great Lakes Symposium on VLSI, March 1991.
- Program committee of Second Great Lakes Computer Science Conference, November 1991.
- Program committee of IEEE International Conference on Computer-aided Design (ICCAD92).
- Program committee of IEEE International Symposium on Circuits and Systems (ISCAS93).
- Program committee of IEEE International Conference on Computer-aided Design (ICCAD93).
- Program committee of European Design Automation Conference (EDAC-94).
- Program committee chair (layout and routing) of IEEE International Conference on Computer aided Design (ICCAD-94).
- Program committee chair (layout and routing) of IEEE International Conference on Computer aided Design (ICCAD-95).
- Program committee co-chair (CAD) IEEE International Symposium on Circuits and Systems (ISCAS-96).

2

- Best-Paper-Award Committee, IEEE Transactions on CAD, 1996.
- Program committee of The 1997 Great Lakes Symposium on VLSI (GLSVLSI-97), University of Illinois, Urbana.
- Program committee of The 1997 European Design and Test Conference (ED & TC-97), Paris, France, March 1997.
- Program committee (CAD) IEEE International Symposium on Circuits and Systems (ISCAS 97).
- Program committee chair of the 1997 International Symposium on Physical Design (ISPD97).
- Panelist for the 1997 NSF CAREER Awards (subject: Design Automation).
- Best-paper-Award Committee, IEEE Transactions on CAD, 1997.
- Program committee of The 1998 Great Lakes Symposium on VLSI (GLSVLSI-98), Lafayette, Louisiana.
- Program committee (CAD) IEEE International Symposium on Circuits and Systems (ISCAS98).
- Conference chair of the 1998 International Symposium on Physical Design.
- Best-Paper-Award Committee, IEEE Transactions on CAD, 1998.
- Program committee of The 1999 Great Lakes Symposium on VLSI (GLSVLSI-99), Ann Arbor, Michigan.
- Program committee of 1999 Southwest Symposium on Mixed-Signal Design, April 11-13, 1999, Tucson, Arizona.
- Program committee of (CAD) IEEE International Symposium on Circuits and Systems (ISCAS-99).
- Program committee of Workshop on Reconfigurable Computing (WoRC'99) to be held in conjunction with PACT'99 in Newport Beach CA October 12-16, 1999.
- Program committee (place and route) of IEEE International Conference on Computer aided Design (ICCAD-99), Nov 7-11, San Jose, CA.
- Best-Paper-Award Committee, IEEE Transactions on CAD, 1999.
- General co-chair of The 2000 Great Lakes Symposium on VLSI (GLSVLSI-2000), Chicago, IL.
- Program committee of the International Symposium on Physical Design, San Diego, CA, April 2000.
- Chair of the Steering committee of the International Symposium on Physical Design, San Diego, CA, April 2000.
- Program committee of 2000 Southwest Symposium on Mixed-Signal Design, February 28-29, 2000, San Diego, California.
- Steering, Special Session chair, and Program committee of Workshop on System Level Interconnect Prediction (SLIP 2000), San Diego, CA.
- Steering committee of International Symposium on Quality of Electronic Design (ISQED 2000), March 21-22 2000, San Jose, CA.
- Program committee chair (routing subcommittee) of IEEE International Conference on Computer aided Design (ICCAD-2000), Nov 5-9, 2000, San Jose, CA.
- Best-Paper-Award Committee, IEEE Transactions on CAD, 2000.
- Steering committee of International Symposium on Quality of Electronic Design (ISQED 2001), March  2000, San Jose, CA.
- Program committee of the International Conference on VLSI Design, Bangalore, India, January 3-7, 2001.
- Program committee of the Advanced Research in VLSI, Utah, March 14-16, 2001.
- Program committee of Design Automation Conference (DAC), Las Vegas, June 2001.
- Best-Paper-Award Committee, IEEE Transactions on CAD, 2001.

## STUDENTS

### A. Undergraduate Students

Fifteen students (juniors and seniors) have worked in my research group since 1990. They have been involved in design, analysis, and implementation of algorithms for VLSI design. They have been supported e.g., by REU grants from NSF (i.e., Research Experience for Undergraduates by National Science Foundation) or by Motorola. Currently, there are three undergraduate students working in my lab.

One example of successful undergrads that have been trained and worked in our lab is **David Knol**. He wrote two conference papers and one journal paper (in the area of timing-driven placement for high-speed chip design) as an undergraduate. He was the runner-up in the first Computing Research Association Outstanding Male Undergraduate Competition. Another successful undergrad student, **Sam Kim**, wrote two conference papers and two strong journal papers while an undergrad in our lab. In 1998, he was an honorable mention in Computing Research Association Outstanding Male Undergraduate Competition.

### B. Master Students

Since I joined Northwestern (in January of 1987) the following students have obtained their M.S. under my supervision. They are either working toward their Ph.D. degree or are working in industry as CAD or Design Engineers.

Y.M.Huang, C.C.Su, Y.K. Min, C.Chiang, K.F. Liao, D.Remmers, M. Nag, K.Kim, Salil Raje, Miguel Rodriquez, Morgan Enos (Sept 1996), Sharmila Gopinathan (Dec 97), Maogang Wang (Dec 97), Kia Bazargan (June 98), Cunming Luo (June 98), Jean Liu (March 99), Shunliang Wang (March 1999), Vivian Guzman (June 99), Abhishek Ranjan (Dec 99), Seda Ogrenci (January 2000), Ankur Srivatsava (April 2000), Todd Haverkos (April 2000), Elaheh Bozorgzadeh (April 2000), Ryan Kastner (Aug 2000).

### C. Ph.D. Students

**1. R. D. Lou**, Ph. D., 1990,
Thesis title: " Efficient Algorithm for Permutation Problems with Applications"
Work after graduation: C and C Research, Taiwan.

**2. Charles Chiang**, Ph.D., December 1991,
Thesis title: " Efficient Algorithms for the Global Routing Problem"
Work after graduation: International Business Machinery (IBM) Member of Consulting Staff, Development of Clock Tree Synthesis tools for cell based design.
Current Position: Technical manager of physical design, Monterey Design Systems

**3. Jason K. F. Liao**, Ph.D., December 1991,
Thesis title: "Single Layer Global Routing"
Work after graduation: IBM (and then Avant!) Senior designer, Development of High-performance routing tools for deep-submicron technology.
Current Position: Technical manager of CAD, Synopsys

4

**4. Gary K.H. Yeap**, Ph.D., March 1993,
Thesis title: " High Level Physical Design of Very Large Scale Integrated Circuits"
Work after graduation: Manager, Low Power Design Technology Department, Motorola.  Research and
development of Computer-Aided Design techniques for designing low power consumption chips.
Engineering and personel management of software development projects.
Author of the book: Theory and Practice of Low-Power Design .
Current Position: physical design, Simplex

**5. J. D. Cho**, Ph.D., June 1993,
Thesis title: "High Performance Physical Design in Multilayer Packages"
Employment: June 1993-present, Two years at Samsung and then at Dept. of Electronic Engineering, Sung
Kyun Kwan Univ., Korea.
Work after graduation: Assistant (now an Associate) Professor and director of Algorithmic Design
Automation Lab. Research interests include VLSI/MCM design automation algorithms, deep-submicron
physical design, and lower power high-level synthesis.
Author of the book: High Performance Design Automation for Multi-Chip Modules (co-authored with Paul
Franzon); 1995.

**6. D. S. Chen**, Ph.D., August 1995,
Thesis title: "Techniques for Low Power Circuit Design"
Employment: Associate Professor of Information Engineering and Computer Science, Department at Fen-
Chia Univ, Taiwan.

**7. Weiliang Lin**, Ph.D., September 1995,
Thesis title: "Interaction between Logic Synthesis and Physical Design"
Work after graduation: Senior CAD engineer, INTEL Design of register transfer level timing/area estimation
considering interconnection.

**8. Salil Raje**, Ph. D., March 1996,
Thesis title: " Efficient Algorithms for High Level Synthesis"
Work after graduation: IBM T. J. Watson Research Center
Current Position: Technical manager of physical design, Monterey Design Systems

**9. Gustavo Tellez**, Ph.D., April 1996,
Thesis title: "Timing and Power Driven Algorithms for Physical Design Problems"
Employment: April 1996- present, IBM (East Fishkill and Yorktown Heights).
Work after graduation: Advisory engineer scientist.
Design for Profit: layout level yield measurement and yield optimization tools and methodologies, and Team
leader for IBM EDA Circuit Bench Automation Team.

**10. Amir Farrahi**, Ph.D., February 1996
Thesis Title: "Fast and Predictable FPGA Technology Mapping"
Work after graduation: IBM Research Labs at Yorktown Heights.
Best Dissertation Award, 1997, from Department of Electrical and Computer Engineering, Northwestern
Univerity.

**11. James Crenshaw**, Ph.D., March of 1998
Thesis Title: " Behavioral Level Power Estimation"
Work after graduation: Motorola Corporate Research Lab., Adjunct Professor at Northwestern University.

5

**12. Maogang Wang**, Ph.D., April of 2000 (expected)
Thesis Title: "Placement of Large Industrial Circuits"
Work after graduation: Simplex.

**13. Kiarash Bazargan**, Ph.D., August of 2000 (expected)
Thesis Title: "Reconfigurable Computing
Work after graduation:, Assistant Prof, Univ of Minnesota

*E. Postdocss and visiting professors*
- **Toshihiko Takahashi,** visiting professor from Japan, Algorithms
- **C. Chen** (postdoc fellow), Interaction of Physical design and Synthesis, 1999-2000
- **Z. Yang** (postdoc fellow), Timing Constraint CAD Algorithms, 2000

*D. Current Ph. D. Students and Postdocs***:**

- **Seda Ogrenci**, Multimedia applications on FPGAs
- **Ryan Kastner**, Reconfigurable Computing
- **Elaheh Bozorgzadeh**, Physical Design in FPGAs
- **Xioajian Yang**, Physical Design
- **Ankur Srivatsava,** Low-power design
- **Eren Kursun** Low-power design
- **Anahita Shayesteh** Reconfigurable Computing
- **Soheil Ghiasi** Low-power design

6

## TEACHING

At Northwestern I taught courses in VLSI Physical Design, VLSI high-level and logic synthesis, Logic Design, Algorithm design, Discrete mathematics, Computer Programming, and other courses. I have developed the following courses:

- EECS C57: Design Automation in VLSI
- EECS D59: VLSI Algorithmics
- ECE C03: Advanced Logic Design
- ECE D59: Advanced Algorithms

I have formed a laboratory to be used in connection with VLSI CAD courses (through an NSF grant with matching fund from Northwestern). I have also taught courses for AT&T in the past (in connection with department's AT&T MS program).

My teaching evaluations have averaged (around) **3.7 (on scale of 1 to 4).**

I was involved in redesigning the undergraduate Computer Engineering curriculum (I chaired the committee). As a result, we have redesigned and upgraded a number of courses in the area of computer engineering.

I also chaired the committee to redesign the graduate computer engineering curriculum and proposed a new qualifying exam structure for the whole department.

In summer of 1996, I received a $75,000 grant from AT&T to develop a lab in the area of field-programmable gate-array (FPGA) design. We (Professor Scott Hauck and I) have received a grant from NSF to build a first rate FPGA lab and to perform research in that area.

In October of 1996, a group of us in the Computer Engineering program have submitted a major equipment proposal to NSF (requesting $1,000,000). This proposal was funded and enabled us to build a first-rate computer facility in the department. In connection with this proposal, Mentor graphics donated $3,500,000 in the form of software and HP donated $200,000 in the form of additional discount.

I chaired the ABET committee in the area of computer engineering. ABET committee agreed that we have a first rate undergraduate program.

At UCLA, I taught Computation Geometry in 2000-2001 academic year.

# INVITED TALKS ( since April 1999)

- **Position Statement,** "Can Fast Algorithms Be Used as Good Predictors?" in System Level Interconnect Prediction (SLIP 1999), Monterey, CA.

- *Invited talk* "Physical Design Challenge of Reconfigurable Computing Systems", University of Illinois at Urbana Champaign, July 22, 1999.

- *Invited talk* "Timing Closure in the Presence of Congestion," Illinois Institute of Technology, Spet. 1999.

- *Invited talk* "Template Based Physical Design in Reconfigurable Computing Systems", UC – Berkeley, Sept 1999,

- **Keynote speaker,** "Timing Closure in Physical Design," International Conference in VLSI & CAD, Seoul, Korea, Oct 1999.

- *Invited tutorial* ICCAD 1999 (November 7-11) full day tutorial, "Modern Physical Design: Algorithm, Technology and Methodology" (jointly w/ A. B. Kahng)

- *Invited paper* Amir Farrahi, David Hathaway, Maogang Wang, and Majid Sarrafzadeh, "Quality of EDA CAD Tools: Definitions, Metrics and Directions" *ISQED 2000*, March, San Jose, CA.

- *Invited paper* Jason Cong and M. Sarrafzadeh, "Incremental Physical Design", International Symposium on Physical Design (ISPD-2000).

- *Incremenatl CAD, w/ Cong and Coudert, ICCAD 2000*

- *T*utorial ICCAD 2000

- ESP April 2001 (Justin Harlow)

- Talk, ISPD 2001

- Talk at DAC 2001

- Tutorial, DAC 2001

8

# PATENTS

- Methods for Design Optimization using Logical and Physical Information (09/097,299), Filled June 1998, Granted March 2001.

# PUBLICATIONS

## A. Books

1. M. Sarrafzadeh and C. K. Wong, Co-author of **An Introduction to VLSI Physical Design** McGraw Hill, 1996.

2. M. Sarrafzadeh and D. T. Lee, Co-editor of **Algorithmic Aspects of VLSI Layout**, Lecture Notes Series on Computing, World Scientific; 1993.

## B. Journal Papers (published or accepted)

3. M. Sarrafzadeh and F. P. Preparata. "Compact Channel Routing of Multiterminal Nets", **Annals of Discrete Mathematics: Journal of Mathematics Studies**, Vol. 25, April 1985, pp. 255-279.

4. K. Mehlhorn and F. P. Preparata, M. Sarrafzadeh "Channel Routing in Knock-Knee Mode: Simplified Algorithms and Proofs", **Algorithmica**, vol. 1, n.2, October 1986, pp. 213-221.

5. S. W. Hornick and M. Sarrafzadeh. "On Problem Transformability in VLSI", **Algorithmica**, vol. 2, n. 1, April 1987, pp. 97-111.

6. M. Sarrafzadeh "Channel Routing in the Knock-Knee Mode is NP-Complete," **IEEE Transactions on Computer-Aided Design**, vol. CAD-6, n. 4, July 1987, pp. 503-506.

7. G. Bilardi and M. Sarrafzadeh. "Optimal VLSI Circuit for Discrete Fourier Transform", **Advances in Computing Research**, vol. 4, (F. P. Preparata ed.), JAI Press Inc., 1987, pp. 87-101;

8. M. Sarrafzadeh "Channel Routing with Provably Short Wires", **IEEE Transactions on Circuits and Systems (Letters)**, vol. CAS-34, n. 9, September 1987, pp. 1133-1135.

9. F.P. Preparata and M. Sarrafzadeh, "A Bottom-up Layout Technique Based on Two Rectangle Routing", **INTEGRATION: The VLSI Journal**, Vol. 5, 1987, pp. 231-246.

10. M. Brady and M. Sarrafzadeh "Stretching A Knock-knee Layout for Multilayer Wiring," **IEEE Transactions on Computers**; Vol. 39, No. 1, January 1990, pp. 148-152.

11. M. Sarrafzadeh, "Area Minimization in a Three-sided Switchbox by Sliding the Modules," **IEEE Transactions on Computers**, Vol. 39, No. 11, November 1990, pp. 1395-1398.

12. M. Sarrafzadeh and D. T. Lee, "A New Approach to Topological Via Minimization," **IEEE Transactions on Computer-Aided Design**, Vol. 8, No. 8, August 1989, pp. 890-900;

13. M. Sarrafzadeh and D. Zhou, "Global Routing of Short Nets in Two-Dimensional Arrays," **The International Journal of Computer Aided VLSI Design**, (Special issue: Placement and Routing), Vol. 2, No. 2, 1990, pp. 197-211;

14. C.C. Su and M. Sarrafzadeh, "Optimal Gate-matrix Layout of CMOS Functional Cells," **INTEGRATION: The VLSI Journal**, January 1990, pp. 3-23.

15. D. T. Lee, M. Sarrafzadeh, and Y. F. Wu, "Minimum Cuts for Circular Arc Graphs," **SIAM Journal on Computing**, Vol. 19, No. 6, December 1990, pp. 1041-1050,

16. J. M. Ho, M. Sarrafzadeh, G. Vijayan, and C. K. Wong. "Pad Minimization for Planar Routing of Multiple Power Nets," **IEEE Transactions on Computer-Aided Design**, Vol. 9, No. 4, April 1990, pp. 419-426;

17. K.F. Liao, D.T. Lee, and M. Sarrafzadeh, "Planar Subset of Multiterminal Nets," **INTEGRATION: The VLSI Journal**, No. 1, Vol. 10, Sep. 1990, pp. 19-37;

18. M. Sarrafzadeh and C. K. Wong, "Bottleneck Steiner Trees in the Plane," **IEEE Transactions on Computers**, Vol. 41, No. 3, pp. 370-374, March 1992;

19. J. M. Ho, M. Sarrafzadeh, G. Vijayan, and C. K. Wong. "Layer Assignment for MultiChip Modules," **IEEE Transactions on Computer-Aided Design**, Vol. 9, No. 12, December 1990, pp. 1272-1277,

20. M. Sarrafzadeh, A. Katsaggelos, and S. P. Kumar, "Parallel Architectures for Iterative Image Restoration," A chapter in Parallel Algorithms and Architectures for Digital Signal Processing (M. Bayoumi, editor), **Kluwer Academic Publishers** (1991), pp. 1-31;

21. M. Sarrafzadeh and D. T. Lee, "Topological Via Minimization Revisited," **IEEE Transactions on Computers**, Vol. 40, No. 11, pp. 1307-1312, November 1991.

22. C. Chiang, M. Sarrafzadeh, and C. K. Wong. "Global Routing Based on Steiner Min-Max Trees," **IEEE Transactions on Computer-Aided Design,** Vol. 9, No. 12, December 1990, pp. 1318-1325;

23. M. Sarrafzadeh and R. D. Lou, "Maximum k-Coverings of Weighted Transitive Graphs with Applications", **Algorithmica**, Vol. 9, No. 1, pp. 84-100;

24. K. F. Liao and M. Sarrafzadeh, "Boundary Single-Layer Routing with Movable Terminals," **IEEE Transactions on Computer-Aided Design**, Vol 10, No. 11, November 1991, pp. 1382-1391;

25. A. Katsaggelos and S. P. Kumar, and M. Sarrafzadeh, "VLSI Architectures for Iterative Image Restoration Algorithms" **Journal of Circuits, Systems, and Computers**, Vol. 2, No. 3, September 1992; pp. 265-280,

26. C. Chiang and M. Sarrafzadeh, "Wirability of Knock-knee Layouts with 45-degree Wires," IEEE Transactions on Circuits & Systems, Vol. 38, No. 6, June 1991, pp. 613-624;

27. M. Sarrafzadeh, "Tree Placement in Cascode-Switch Macros" **INTEGRATION: The VLSI Journal**, Vol. 11, March 1991, pp. 127-139, March 1991.

28. R. D. Lou and M. Sarrafzadeh, "Circular Permutation Graph Family with Application" **Discrete Applied Mathematics**, (special issue on: Discrete Algorithms and Complexity), Vol 40, 1992, pp. 433-457;

29. R. D. Lou, M. Sarrafzadeh, and D. T. Lee, "An Optimal Algorithm for the Maximum Two-chain Problem", **SIAM Journal on Discrete Mathematics**, Vol. 5, No. 2, pp. 284-304, May 1992;

30. C. Chiang, M. Sarrafzadeh, and C. K. Wong. "An Optimal Algorithm for Rectilinear Steiner Trees for Channels with Obstacles" **International Journal of Circuit Theory and Application**, (John Wiley & Sons), Special issue: Fundamental methods in computer-aided circuit design, Vol. 19, No. 6, pp. 551-563, December 1991;

31. Y. M. Huang and M. Sarrafzadeh, "A Parallel Algorithm for Minimum Dual Cover with Application to CMOS Layouts" **Journal of Circuits, Systems, and Computers**, (World Scientific Publishing), Vol. 1, No. 2, pp. 177-204;

32. M. Sarrafzadeh and C. K. Wong, "Hierarchical Steiner Tree Construction in Uniform Orientation", **IEEE Transactions on Computer-Aided Design**, Vol. 11, No. 8, September 1992, pp. 1095-1103;

33. R. D. Lou, M. Sarrafzadeh, C. S. Rim, S. Masuda, and K. Nakajima. "General Circular Permutation Layout", **Mathematical Systems Theory**, Vol. 25, 1992, pp. 269-292;

34. Y. Sun and M. Sarrafzadeh "Floorplanning by Graph Dualization: L-shaped Modules" **Algorithmica**, Vol. 10, No. 6, 1993, pp. 429-456;

35. J. M. Ho, A. Suzuki, and M. Sarrafzadeh, "An Exact Algorithm for Single-Layer Wire Length Minimization" **IEEE Transactions on Computer-Aided Design**, January 1993, Vol. 12, No. 1, pp. 175-180;

36. J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh, and C. K. Wong, "Provably Good Performance Driven Global Routing" **IEEE Transactions on Computer-Aided Design**; Vol. 11, No. 6, June 1992, pp. 739-752.

37. R. D. Lou, K. F. Liao, and M. Sarrafzadeh, "Planar Routing Around One Rectangle" **Journal of Circuits, Systems, and Computers**, (World Scientific Publishing), Vol. 2, No. 1, pp. 27-38, 1992;

38. Naveed Sherwani, Bo Wo, and M. Sarrafzadeh  "Algorithms for Minimum-Bend Single Row Routing Problem," **IEEE Transactions on Circuits & Systems**, (I: Fundamental Theory and Applications), Vol. 39, May 1992, No. 5, pp. 412-415.

39. C. Chiang, M. Sarrafzadeh, and C. K. Wong. "An Algorithm for Exact Rectilinear Steiner Trees for Switchboxex with Obstacles" **IEEE Transactions on Circuits & Systems**, (I: Fundamental Theory and Applications), Vol. 39, No. 6, pp. 446-455;

40. K. H. Yeap and M. Sarrafzadeh, "Floorplanning by Graph Dualization: Two-concave Rectilinear Modules" **SIAM Journal on Computing**, Vol. 22, No. 3, June 1993, pp. 500-526;

41. R. D. Lou and M. Sarrafzadeh, "An Optimal Algorithm for the Maximum Three-Chain Problem" **SIAM Journal on Computing**, Vol. 22, No. 5, October 1993, pp. 976-993;

11

42. Nancy Holmes, Naveed Sherwani, and M. Sarrafzadeh, "Utilization of Vacant Terminals for Improved Over the Cell Routing," **IEEE Transactions on Computer-Aided Design**, Vol. 12, No. 6, pp. 780-792, June 1993,

43. M. Sarrafzadeh and D. T. Lee, "Restricted Track Assignment with Application," **International Journal of Computational Geometry and Application**, Vol. 4, No. 1, 1994, pp. 53-68;

44. K. F. Liao, M. Sarrafzadeh, and C. K. Wong. "Single-layer Global Routing" **IEEE Transactions on Computer-Aided Design**; Vol. 13, No. 1, pp. 38-47.

45. M. Sarrafzadeh, Frank Wagner, Dorothea Wagner, and Karsten Weihe. "Wiring Knockknee Layouts: A Global Approach," **IEEE Transactions on Computers**, Vol. 43, No. 5, May 1994, pp. 581-589;

46. D. T. Lee and M. Sarrafzadeh, "Maximum Independent Set of a Permutation Graph in K Tracks," **International Journal of Computational Geometry and Application**, Vol. 3, No. 3, September 1993, pp. 291-304;

47. K. H. Yeap and M. Sarrafzadeh, "Net-Regular Placement for High Performance Circuits," **International Journal of High Speed Electronics,** Vol. 4, No. 3, October 1993;

48. J. D. Cho and M. Sarrafzadeh, "The Pin Redistribution Problem in Multi-Chip Modules," **Mathematical Programming**, series B, Vol. 63, February 1994, pp. 297-330;

49. K. H. Yeap and M. Sarrafzadeh, "A Unified Approach to Floorplan Sizing and Enumeration," **IEEE Transactions on Computer-Aided Design**, Vol. 12, No. 12, December 1993, pp. 1858-1867;

50. J. D. Cho, M. Sarrafzadeh, M. Sriram, and S. M. Kang. "High-Performance MCM Routing," **IEEE Design and TEST**, December 1993, pp. 27-37;

51. C. Alpert, G. Robins, J. Cong, A. Kahng, and M. Sarrafzadeh, "On the Minimum Density Interconnection Tree Problem" To appear in the **VLSI Journal**, Vol. 2, No. 2, February 1994, pp. 157-169;

52. K. H. Yeap and M. Sarrafzadeh, "Sliceable Floorplanning by Graph Dualization," **SIAM Journal on Discrete Mathematics,** Vol. 8, No. 2, pp. 258-280, 1995;

53. J. D. Cho, S. Raje, K. F. Liao, and M. Sarrafzadeh. "M 2R A New Multilayer Routing System for High-performance MCMs" **IEEE Trans on Circuits and Systems**, Vol. 41, No. 4, pp. 253-255, April 1994;

54. Amir Farrahi and M. Sarrafzadeh, "Complexity of the Lookup-Table Minimization Problem for FPGA Technology Mapping," **IEEE Transactions on Computer-Aided Design**, Vol. 13, No. 11, November 1994, pp. 1319-1332;

55. C. Chiang, C. K. Wong, and M. Sarrafzadeh, "A Weighted Steiner Trees-Based Globar Router with Simultaneous Length and Density Minimization," **IEEE Transactions on Computer-Aided Design**, Vol. 13, No. 12, December 1994, pp. 1461-1469;

56. M. Marek-Sadowska and M. Sarrafzadeh, "The Crossing Distribution Problem," **IEEE Transactions on Computer-Aided Design**, Vol. 14, No. 4, pp. 423-433;

57. J. D. Cho and M. Sarrafzadeh, "A Buffer Redistribution Algorithm for High-Performance Clock Net Optimization" **IEEE Transactions on VLSI,**, Vol. 3, No. 1, March 1995, pp. 84-98;

58. S. Maddila and M. Sarrafzadeh, "The Discrete Warehouse Problem," **Theoretical Computer Science**, April 1995, pp. 231-247;

59. Gustavo Tellez, and M. Sarrafzadeh, "On Distance Preserving Rectilinear Steiner Trees," **VLSI Design**, Vol. 7, No. 1, April 1998.

60. Amir Farrahi, Gustavo Tellez, and M. Sarrafzadeh, "Exploiting Sleep Mode for Memory Partitions and Other Applications," **VLSI Design,** Vol. 7, No. 3, pp. 271-287.

61. Gustavo Tellez, and M. Sarrafzadeh, "Minimal Buffer Insertion in Clock Trees with Skew and Slew Rate Constraints," to appear in **IEEE Transactions on Computer-Aided Design,**

62. D. S. Chen, Gary Yeap, and M. Sarrafzadeh, "State Encoding of Finite State Machines for Low Power Design" to appear in **VLSI Design,**

63. W.-L. Lin, C. K. Wong, and M. Sarrafzadeh, "Floating Steiner Trees," **IEEE Transactions on Computers**, Vol. 47, No. 2, February 1998, pp. 197-211.

64. Wei-Liang Lin and M. Sarrafzadeh, " On the Power of Re-Synthesis," To appear in **SIAM Journal on Computing.**

65. Salil Raje and M. Sarrafzadeh, "Scheduling with Multiple Voltages" **INTEGRATION: The VLSI Journal,** 23 (1997), pp. 37-59;

66. M. Sarrafzadeh, David Knol and Gustavo Tellez, " A Delay Budgeting Algorithm Ensuring Maximum Flexibility in Placement," **IEEE Transaction on CAD**, Vol. 16, No. 11, November 1997, pp. 1332-1341.

67. Sara Nicoloso and M. Sarrafzadeh, "Sum Coloring Problem on Interval Graphs", to appear in **Algorithmica**.

68. Amir Farrahi, D. T. Lee and M. Sarrafzadeh, "Two-Way and Multi-Way Partitioning of a Set of Intervals for Clique-Width Maximization" to appear in **Algorithmica**.

69. Jun-Dong Cho, and S. Raje, and M. Sarrafzadeh, " Fast Approximation Algorithms on Maxcut, k-coloring and k-color Ordering for VLSI Applications", **IEEE Transactions on Computers**, Vol. 47, No. 11, November 1998, pp. 1253-1266.

70. J. D. Cho and M. Sarrafzadeh, Invited chapter in **Wiley Encyclopedia of Electrical and Electronics Engineering** in the area of VLSI Circuit Layout. 1999.

71. J. D. Cho and M. Sarrafzadeh, "Mixed LP and Mincost Flow-based Four-bend Globar Routing in Two Dimensional Arrays" **IEEE Transactions on CAD**, September 1998, pp. 793-802.

72. Kia Bazargan, Sam Kim, and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs", **IEEE Transactions on CAD,**, April 1999.

73. Maogang Wang, Prith Banerjee, and M. Sarrafzadeh, "Placement with Incomplete Data", to appear in **VLSI Design,** Year 2000 special issue on Physical design.

74. Morgan Enos, Scott Hauck, and M. Sarrafzadeh, "Evaluation and Optimization of Replication Algorithms for Logic Replication," **IEEE Transactions on CAD**, Vol. 18, No. 9, September 1999, pp. 1237-1248.

75. Kia Bazargan and Majid Sarrafzadeh, "Fast Template Based Placement for Reconfigurable Computing Systems," special issue on Reconfigurable Computing of **IEEE Design & Test,** Jan-March 2000, pp. 68-83.

76. Kia Bazargan, Ryan Kastner, and Majid Sarrafzadeh " 3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing Systems*",* **Journal of Design Automation for Embedded Systems,** 2000.

77. Maogang Wang and Majid Sarrafzadeh, "Congestion Minimization during Placement" to appear in **IEEE Transactions on CAD**.

78. Melvin Breuer, Fabio Somenzi, and Majid Sarrafzadeh, "Fundamental CAD Algorithms" **IEEE Transactions on CAD** (special issue on Electronic Design Automation at the Turn of the Century), Vol. 19, No. 12, December 2000, pp. 1449-1475.

79. Anshuman Nayak, Malay Haldar, Prithm Banerjee, Chunhong Chen, and Majid Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," **VLSI Design** (Low-power System Design).

80. Abhishek Ranjan, Kia Bazargan, Seda Ogrenci, and Majid Sarrafzadeh "Fast Floorplanning for Effective Prediction and Construction", to appear **IEEE Transactions on VLSI**.

81. Amir Farrahi, Chunhing Chen, Ankur Srivatsava, Gustavo Tellez, and M. Sarrafzadeh, "Activity Driven Clock Design for Low Power Circuits," **IEEE Transactions on CAD**, Vol. 20, No. 6, June 2001, pp. 705-714.

82. Chunhong Chen and Majid Sarrafzadeh, "On Gate-Level Power Optimization Using Dual Supply Voltages", to **IEEE Transactions on VLSI.**

83. Michale F. Gorman and Majid Sarrafzadeh, "An Application of Dynamic Programming to Crew Balancing at BNSF Railway," **International Journal of Services Technology and Management**, Vol 1, No. 2/3, 2000, pp. 174-187.

84. Ankur Srivastava, Ryan Kastner,  and Majid Sarrafzadeh, "On the Complexity of Gate Duplication", to appear in  **IEEE Transactions on CAD.**

85. Xioajian Yang, Eleheh Bozorgzade, Majid Sarrafzadem and Maogang Wang, "Modern Standard-cell Placement Techniques," in **Optimization in VLSI Design**: Floorplanning, Timing, and Layout (D.Z. Du and B. Lu, eds), 2001.

86. Ankur Srivastava, Chunhong Chen,  and Majid Sarrafzadeh, " Timing Driven Gate Duplication in Technology Independent Phase", to appear in **"Special Section on VLSI Design and CAD Algorithms" of the IEICE Transactions.**

14

## C. Journal Papers (submitted for publication; available as technical report)

87. Chunhong Chen and Majid Sarrafzadeh, "Simultaneous Volage Scaling and Gate Sizing for Low Power Design," submitted to **IEEE Transactions on CAD**.

88. Chunhong Chen, Ankur Srivatsava, and Majid Sarrafzadeh, "Budget Management and Its Applications," submitted to **Algorithmica**.

89. Chunhong Chen,  Xioajian Yang, Ankur Srivatsava, and Majid Sarrafzadeh, "Predicting Potential Performance for Digital Circuits," submitted to **IEEE Transactions on CAD**.

90. Maogang Wang and Majid Sarrafzadeh, "Cut Cost for Prediction of Wirelength" submitted to **IEEE Transactions on VLSI** (special issue on SLIP).

91. Elaheh Bozrogzadeh, Seda Ogrenci and Majid Sarrafzadeh, "RPACK: Routability-Driven Packing for Cluster Based FPGAs," submitted to **IEEE Transactions on CAD**.

92. R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh,   "Pattern Routing for Predictability",  submitted to **ACM Transatcions on Design Automation**.

93. R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh,   "Coupling Aware Routing",  submitted to **IEEE Transactions on CAD**.

94. A. Srivastava, R. Kastner, C. Chen and M. Sarrafzadeh,   "Timing Driven Gate Duplication",  submitted to **IEEE Transactions on CAD**.


## D. Conference Papers

95. **(Invited Paper)** F. P. Preparata and M. Sarrafzadeh "Channel Routing of Nets of Bounded Degree", *VLSI: Algorithms and Architectures* (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 189-203.

96. G. Bilardi and M. Sarrafzadeh, "Optimal Discrete Fourier Transform in VLSI", *VLSI: Algorithms and Architectures* (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 79-89.

97. M. Sarrafzadeh "On the Complexity of the General Channel Routing Problem in the Knock-Knee Mode", *Proceedings of the 20th Annual Conference on Information Sciences and Systems,* Princeton NJ, March 1986, pp. 161-164.

98. M. Sarrafzadeh "Layout Stretching to Ensure Wirability", *The Proceedings of the 21st Annual Conference on Information Sciences and Systems*, Johns Hopkins, March 25-28, 1987, pp. 588-593; with M. L. Brady.

99. Y. M. Huang and M. Sarrafzadeh "A Parallel Algorithm for Minimum Dual-Cover with Application to CMOS Layout," *Proceedings of 1988 International Conference on Parallel Processing.*

15

100.    M. Sarrafzadeh "Multilayer Routing in Sea-of-Gates," *IFIP Workshop on Physical Design of Sea of Gates in VLSI*, W. Germany, August 1988.

101.    R. D. Lou and M. Sarrafzadeh "General Circular Permutation Layout," *Proceedings of 1988 Allerton Conference*; October 1988, pp. 1136-1137.

102.    R. D. Lou, K. F. Liao and M. Sarrafzadeh "Planar Routing Around a Rectangle," *1988 International Computer Symposium*, Taipei, Taiwan.

103.    A. Katsaggelos, S. Kumar, and M. Sarrafzadeh "Parallel Processing Architectures for Iterative Image Restoration," *Proceedings of 1989 IEEE International Conference on ASSP*, Glasgow, Scotland, pp. 2544-2547.

104.    C. Chiang and M. Sarrafzadeh "Using 45-degree Wires to Ensure Wirability," *20th International Conference on Combinatorics*, Graph theory, and Computing, February 1989, Boca Raton, Florida.

105.    M. Sarrafzadeh and D. Zhou "Theoretical Aspects of Global Routing," *20th International Conference on Combinatorics*, Graph theory, and Computing, Boca Raton, Florida.

106.    G. Bilardi, S. Hornick, and M. Sarrafzadeh "Optimal VLSI Architecture for Multidimensional DFT," *Proceedings of 1989 ACM Symposium on Parallel Algorithms and Architectures,* NM, June 18-21, 1989, pp. 265-272.

107.    C. Chiang, M. Sarrafzadeh, and C. K. Wong "A Powerful Global Router: Based on Steiner Min-Max Trees," *Proceedings of International Symposium on Computer-Aided-Design* (ICCAD-89), Santa Clara, CA, November 1989, pp. 2-5.

108.    R. D. Lou, D. T. Lee, and M. Sarrafzadeh "An Optimal Algorithm for the Maximum Two-chain Problem." *Proceedings of First ACM SIAM Conference on Discrete Algorithms*, San Francisco, January 1990, pp. 149-158.

109.    R. D. Lou and M. Sarrafzadeh "Circular Permutation Family of Graphs," *Proceedings of International Workshop on Discrete Algorithms and Complexity,* November 1989, Fukuoka, Japan, pp. 107-114.

110.    **(Invited Paper)** A. Katsaggelos, S. Kumar, and M. Sarrafzadeh "Parallel Architecture for an Iterative Image Restoration Algorithms" *Proceedings of IEEE International Symposium on Circuits and System* (ISCAS), May 1990, pp. 2605-2608.

111.    Y. Sun and M. Sarrafzadeh "Floorplanning by Graph Dualization: L-shaped Modules" *Proceedings of IEEE International Symposium on Circuits and System* (ISCAS), May 1990, pp. 2845-2848.

112.    **(Invited Paper)** R. D. Lou and M. Sarrafzadeh "Maximum k-Coverings of Weighted Transitive Graphs with Applications," *Proceedings of IEEE International Symposium on Circuits and System* (ISCAS), May 1990, pp. 332-335.

113.    M. Nag and M. Sarrafzadeh "A Parallel Algorithm for Two-Layer Wiring," *Proceedings of 1990 International Conference on Parallel Processing*.

114.    K. F. Liao and M. Sarrafzadeh "Vertex-disjoint Trees in Planar Graphs," *16th International Workshop on Graph-Theoretic Concepts in Computer Science* (WG-90), Berlin, West Germany, June 1990; with K.F. Liao.

115.    J. M. Ho, A. Suzuki, and M. Sarrafzadeh "An Exact Algorithm for Single Layer Wire-Length Minimization" *Proceedings of IEEE International Conference on Computer-Aided Design* (ICCAD-90), Santa Clara, CA, November 1990, pp. 424-427; with J.M. Ho and A. Suzuki.

116.    R. D. Lou and M. Sarrafzadeh "An Efficient Algorithm for the Maximum k-chain Problem," *Proceedings of 1990 Allerton Conference,* pp. 315-323; with R.D. Lou.

117.    Nancy Holmes, N. Sherwani, and M. Sarrafzadeh "New Algorithms for Over-the-Cell Channel Routing Using Vacant Terminals," *Proceedings of 1991 IEEE Design Automation Conference* (DAC'91); pp. 126-131, with N. Holmes and N. Sherwani.

118.    J. D. Cho and M. Sarrafzadeh "The Pin Redistribution Problem in Multi-Chip Modules" *Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit* September 23-27, 1991, Rocehster, NY, pp. 9-2-1 to 9-2-4; with J. D. Cho

119.    K. F. Liao, C. k. Wong, and 8 "Single Layer Global Routing" *Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit* September 23-27, 1991, Rocehster, NY, pp. 14-4-1 to 14-4-4; with K. F. Liao and C. K. Wong.

120.    J. Cong, A. Kahng, G. Robins, and M. Sarrafzadeh. "Performance Driven Global Routing for Cell Based IC's" *Proceedings of IEEE International Conference on Computer Design* (ICCD), October 14-16, 1991, pp. 170-173.

121.    *Distinguished Paper* Nancy Holmes, N. Sherwani, and M. Sarrafzadeh "Algorithms for Three-Layer Over-the-Cell Channel Routing" *Proceedings of IEEE International Conference on Computer-Aided Design* (ICCAD-91), Santa Clara, CA, November 1991; pp. 428-431, with N. Holmes and N. Sherwani.

122.    *Distinguished Paper* M. Marek-Sadowska and M. Sarrafzadeh "The Crossing Distribution Problem" *Proceedings of IEEE International Conference on Computer-Aided Design* (ICCAD-91), Santa Clara, CA, November 1991; pp. 528-531, with M. Marek-Sadowska.

123.    M. Sarrafzadeh and D. T. Lee "Maximum Independent Set of a Permutation Graph in k Tracks", *Proceedings of The Second Annual International Symposium on Algorithms* Taipei, Taiwan, December 1991; with D. T. Lee.

124.    K. H. Yeap and M. Sarrafzadeh "A Theorem on Slicability," *Second Great Lakes Computer Science Symposium*, November 1991, Kalamazoo, Michigan; with K. H. Yeap

125.    K. H. Yeap and M. Sarrafzadeh " Graph Dualization: 2-concave Modules are necessary and sufficient" *Proceedings of 1991 Allerton Conference,* with K. H. Yeap.

126.    J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh and C. K. Wong "Provably Good Performance Driven Global Routing" with J. Cong, A. Kahng, G. Robins, and C. K. Wong, Proceedings of IEEE International Symposium on Circuits and System (ISCAS-92), pp. 739-752;

127.    B. Wu, N. Sherwani, and M. Sarrafzadeh "On Minimum Bend Single Row Routing," *Proceedings of IEEE International Symposium on Circuits and System* (ISCAS-92), pp. 29-32; with Bo Wu and N. Sherwani.

128.    C. Chiang, M. Sarrafzadeh, and C. K. Wong "An Optimal Algorithm for Exact Rectilinear Steiner Trees For Switchbox with Obstacles," *Proceedings of IEEE International Symposium on Circuits and System* (ISCAS-92), pp. 9- 12; with C. Chiang and C. K. Wong.

129.    N. Holmes, N. Sherwani, and M. Sarrafzadeh "Over-the-Cell Channel Routing for High-Performance Circuits" *Proceedings of 1992 IEEE Design Automation Conference* (DAC'92); pp. 600-603, with N. Holmes and N. Sherwani.

130.    N. Holmes, N. Sherwani, and M. Sarrafzadeh "Over-the-Cell Routing for New Cell Models" *Proceedings of 1992 IEEE Design Automation Conference* (DAC'92); pp. 604-607, with N. Holmes and N. Sherwani.

131.    J. D. Cho, K. F. Liao and M. Sarrafzadeh "Multilayer Routing Algorithm for High Performance MCMs," *Proceedings of ASIC'92: Fifth Annual IEEE International ASIC Conference and Exhibit,* pp. 226-229, September 1992, Rochester, NY; with J. D. Cho and K. F. Liao.

132.    D. S. Chen and M. Sarrafzadeh "A Wire-length Minimization Algorithm for Single-layer Layouts," *Proceeding of the International Conference on Computer-Aided Design,* ICCAD-92; pp. 390-393, with D. S. Chen.

133.    D. T. Lee and M. Sarrafzadeh "Restricted Track Assignment with Application," *Proceedings of International Symposium on Algorithms and Computation,* Nagoya, Japan, December 1992; with D. T. Lee.

134.    Frank Wagner, Dorothea Wagner, Karsten Weihe and M. Sarrafzadeh "Wiring Knock-knee Layouts: A Global Approach," *Proceedings of International Symposium on Algorithms and Computation,* Nagoya, Japan, December 1992.

135.    K. H. Yeap and M. Sarrafzadeh "An Integrated Algorithm designed for Optimal Floorplan Sizing and Enumeration," *1993 European Design Automation Conference,* 1993, pp. 29 - 33, Paris, France, February 1992.

136.    G. Robins, J. Cong, A. B. Kahng, and M. Sarrafzadeh "Minimum Density Interconnection Trees" *Proceeding of 1993 International Symposium on Circuits and Systems* (ISCAS-93), pp 1865-1868.

137.    Salil Raje and M. Sarrafzadeh "GEM: A Geometric Algorithm for Scheduling" *Proceeding of 1993 International Symposium on Circuits and Systems* (ISCAS-93), May 1993.

138.    M. Sriram, S. Kang, J. D. Cho, and S. Raje, and M. Sarrafzadeh "Crosstalk-Minimum Layer Assignment," *Proceedings of Custom Integrated Circuits Conference,* pp. 29.7.1 - 29.7.4, San Diego, CA, May 1993.

139.    ***Best paper award*** J. D. Cho and M. Sarrafzadeh  "A Buffer Redistribution Algorithm for High-Speed Clock Routing," *Proceedings of 1993 IEEE Design Automation Conference* (DAC'93); pp. 537-543.

140.    M. Sriram, S. Kang, J. D. Cho, and S. Raje and M. Sarrafzadeh "A Multilayer Assignment Algorithm for Interference Minimization," *Proceedings of 4th ACM-SIGDA Physical Design Workshop* pp. 63-67, April 19-21, 1993, Lake Arrowhead, CA.

141.    M. Sarrafzadeh "Transforming an Arbitrary Floorplan into a Sliceable One," *Proceeding of the International Conference on Computer-Aided Design*, pp. 386-389, ICCAD-93.

142.    A. Farrahi and M. Sarrafzadeh "On the Lookup-table Minimization Problem for FPGA Technology Mapping," *Workshop on FPGAs,* February 13-15, 1994, Berkeley, CA.

143.    J. D. Cho and Y. Kajitani and M. Sarrafzadeh "New Approximation Results on Graph Matching and Related Problems," *Proceedings of the 20th International Workshop* WG-1994, Vol. 903, pp. 343-358.

144.    Amir Farrahi and M. Sarrafzadeh "FPGA Technology Mapping for Power Minimization," FPL'94 *Workshop on Field Programmable Logic and Applications,* September 7-9 Prague, pp. 66-77.

145.    J. D. Cho and Salil Raje and M. Sarrafzadeh "New Approximation Results for Maxcut and Related Problems," *2nd Annual European Symposium on Algorithm*s (ESA'94), Utrecht, Netherlands, pp. 148-158, September 1994.

146.    Gustavo Tellez and M. Sarrafzadeh "Clock Period Constrained Minimal Buffer Insertion in Clock Trees," *Proceedings of the International Conference on Computer-Aided Design*, ICCAD-94; pp. 219-223

147.    W. Lin, C. K. Wong and M. Sarrafzadeh "The Reproducing Placement Problem with Application," *Proceedinsg of the International Conference on Computer-Aided Design*, ICCAD-94; pp. 686-689.

148.    W. Lin and M. Sarrafzadeh "A Linear Arrangement Problem with Applications" *Proceeding of 1995 International Symposium on Circuits and Systems* (ISCAS), April 1995, Seattle, Washington, pp. 57-60.

149.    D. S. Chen, Gary Yeap and M. Sarrafzadeh "State Encoding of Finite State Machines for Low Power Design" *Proceeding of 1995 International Symposium on Circuits and Systems* (ISCAS), April 1995, Seattle, Washington.

150.    Gustavo Tellez and M. Sarrafzadeh "On Rectlinear Distance Preserving Steiner Trees," *Proceeding of 1995 International Symposium on Circuits and Systems* (ISCAS), April 1995, Seattle, Washington, pp. 163-166.

151.    Amir Farrahi and Gustavo Tellez and M. Sarrafzadeh "Memory Segmentation to Exploit Sleep Mode Operation," *32nd Design Automation Conference* (DAC), June 1995, pp. 36-41.

152.    Elof Frank and Salil Raje and M. Sarrafzadeh "Constrained Register Allocation in Bus Architectures," *1995 Design Automation Conference* (DAC).

153.    Amir Farrahi and M. Sarrafzadeh "Interval Graph Partitioning for Clique-width Maximization," *26th International Conference on Combinatorics, Graph Theory, and Computing*, Boca Raton, FL, March 1995.

154.    Salil Raje and M. Sarrafzadeh, "Variable Voltage Scheduling," 1995 *International Symposium on Low Power Design,* Dana Point Resort, Dana Point, California April 23-26, 1995;

19

155.    Amir Farrahi and M. Sarrafzadeh, "System Partitioning to Maximize Sleep Time," *Proceedings of the International Conference on Computer-Aided Design* (ICCAD), San Jose, CA, November 1995, pp. 452 - 455;

156.    Amir Farrahi, Gustavo Tellez, and M. Sarrafzadeh, "Activity-Driven Clock Design for Low Power Circuits," *Proceedings of the International Conference on Computer-Aided Design* (ICCAD), San Jose, CA, Novemeber 1995, pp. 62 - 65;

157.    David Knol, Gustavo Tellez, and M. Sarrafzadeh, " A Graph-Based Delay Budgeting Algorithm for Large Scale Timing-Driven Placement Problems, " the *5th ACM SIGDA Physical Design Workshop*, April 15-17, 1996 in Reston, Virginia USA,

158.    D. S. Chen, and M. Sarrafzadeh, "An Exact Algorithm for Low-Power Gate Resizing," *1996 Design Automation Conference* (DAC-96),

159.    D. S. Chen, and M. Sarrafzadeh, "Cube-Embedding Based State Encoding", *Proceedings of Asia Pacific DAC*, (ASP-DAC97), Tokyo, Japan, Jan 1997

160.    James Crenshaw and M. Sarrafzadeh, "An Accurate Behavioral Level Power Estimator," in *Proceedings of ED & TC* 1997, Paris, France, March 1997,

161.    David Knol, Gustavo Tellez, and M. Sarrafzadeh, "A Solution to Large Scale Timing-Driven Placement Problems, " *proceedings of 1997 Design Automation Conference* (DAC-97),

162.    Amir Farrahi, and M. Sarrafzadeh, "TDD: Fast Technology Mapping with Accurate Prediction", ASIC'97: *Annual IEEE International ASIC Conference and Exhibit*,

163.    Morgan Enos, Scott Hauck, and M. Sarrafzadeh, "Logic Partitioning with Replication", *Proceedings of the International Conference on Computer-Aided Design ICCAD* 97.

164.    Maogang Wang and M. Sarrafzadeh, "NRG: Global and Detailed Placement" *Proceedings of the International Conference on Computer-Aided Design ICCAD* 97.

165.    P. Banerjee, S. Roy, and M. Sarrafzadeh, "Partitioning Sequential Circuits for Low Power" Low power circuit partitioning" *The 11th International Conference on VLSI Design*,

166.    James Crenshaw, and M. Sarrafzadeh, "Low-Power Driven Scheduling and Binding " *1997 Great Lakes Symposium on VLSI,* February 19-21, 1998, Lafayette, Louisiana.

167.    Kia Bazargan, Sam Kim, and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs", *Proceedings of the 1998 International Symposium on Physical Design* (ISPD 98),

168.    Maogang Wang, Prith Banerjee, and M. Sarrafzadeh, "Placement with Incomplete Data", *proceedings of 1998 Design Automation Conference* (DAC-98),

169.    P. Prabhakaran, J. Crenshaw, P. Banerjee, and M. Sarrafzadeh, "Simultaneous Scheduling, Binding and Floorplanning for Interconnect Power Optimization," *1999 VLSI Design Conference*, Goa, India, Jan. 1999

170.    J. Crenshaw, P. Prabhakaran, P. Banerjee, and M. Sarrafzadeh, "An Incremental Floorplanner" *1998 Great Lakes Symposium on VLSI*, March 4-6, Ann Arbor, Michigan.

171.    Salil Raje and Majid Sarrafzadeh, "Scheduling with Multiple Voltages under Resource Constraints", *Proceeding of 1999 International Symposium on Circuits and Systems* (ISCAS), pp. 350-353, May 30 - June 2, 1999, Miami, Florida.

172.    Majid Sarrafzadeh and Toshihiko Takahashi, "A Fast Algorithm for Routability Testing" *Proceeding of 1999 International Symposium on Circuits and Systems* (ISCAS), May 30 - June 2, 1999, Miami, Florida.

173.    Maogang Wang and Majid Sarrafzadeh, "Congestion Minimization During Placement," *Proceedings of the 1999 International Symposium on Physical Design* (ISPD 99), Monterey, CA.

174.    Abhi Ranjan, Kia Bazargan, and Majid Sarrafzadeh, "Floorplannig 1000 times Faster" in *System Level Interconnect Prediction* (SLIP 99).

175.    **Position Statement**, Majid Sarrafzadeh and Maogang Wang, "Can Fast Algorithms Be Used as Good Predictors?" in *System Level Interconnect Prediction* (SLIP 99).

176.    Kia Bazargan, Ryan Kastner, and Majid Sarrafzadeh " 3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing Systems", *10th IEEE International Workshop on Rapid System Prototyping*, June 16-18, 1999, Sheraton Sandkey, Clearwater, Florida, U.S.A.

177.    Kia Bazargan and Majid Sarrafzadeh, "Fast Online Placement for Reconfigurable Computing Systems," *Proceedings of IEEE FCCM: Symposium on Field Programmable Custom Computing Machines*, April 21-23, Napa Valley, CA, 1999.

178.    Chunhong Chen and Majid Sarrafzadeh, "An Effective Algorithm for Gate-Level Power-Delay Tradeoff Using Two Voltages", *proceedings of ICCD*, October 1999, Austin Texas; pp. 222-2327.

179.    Chunhong Chen and Majid Sarrafzadeh, "Slack Equalization Algorithm: Precise Slack Distribution for Low-Level Synthesis and Optimization," International *Workshop on Logic Synthesis* (IWLS), June 1999, Lake Tahoe, CA, pp. 190-192.

180.    Chunhong Chen and Majid Sarrafzadeh, "Provably Good Algorithm for Low Power Consumption with Dual Supply Voltages," to appear in *Proceedings of the International Conference on Computer-Aided Design*, ICCAD, November 7-10, 1999, pp. 76-79.

181.    ICCAD 1999 full day tutorial, "Modern Physical Design: Algorithm, Technology and Methodology".

182.    Chunhong Chen and Majid Sarrafzadeh, "Power Reduction by Simultaneous Voltage Scaling and Gate Sizing" in *Proceedings of ASP-DAC 2000*, Yokohama, Japan, pp. 333-338.

183.    *Invited Paper*, Majid Sarrafzadeh and Maogang Wang, "Interaction Among Cost Function During Placement" in *International Conference on VLSI and CAD*,, October 26-29, 1999, Seoul, Korea.

184.    Ryan Kastner, Kiarash Bazargan, and Majid Sarrafzadeh "Physical Design of Reconfigurable Computing Systems with Firm Macros" *Proceedings of Workshop on Reconfigurable Computing* (WoRC'99), October 1999.

185.    Maogang Wang and Majid Sarrafzadeh, "Modeling and Minimization of Routing Congestion" in *Proceedings of ASP-DAC 2000,* China.

186.    Maogang Wang, Sung Lim, Jason Cong, and Majid Sarrafzadeh, "Multi-way Partitioning Using Bi-partition Heuristics" in *Proceedings of ASP-DAC 2000*, China.

187.    *Invited paper* Amir Farrahi, David Hathaway, Maogang Wang, and Majid Sarrafzadeh, "Quality of EDA CAD Tools: Definitions, Metrics and Directions" *ISQED 2000*, March, San Jose, CA.

188.    Seda Ogrenci, Aggelos Katsaggelos, and Majid Sarrafzadeh, `FPGA Analysis and Implementation of Image Restoration", *FPGA'2000,* February 10-11, 2000, Monterey, CA.

189.    Kia Bazarga, Abhi Ranjan, Majid Sarrafzadeh, Fast and Accurate Estimation of Floorplans in Logic/High-level Synthesis", *The 2000 Great Lakes Symposium on VLSI* (GLSVLSI2000), Chicago, Ill, March 2-4, 2000, pp. 95-100.

190.    Maogang Wang, X. Yang, Ken Eguro, and M. Sarrafzadeh, "Multi-Center Congestion Minimization during Placement", Proceedings of the International Symposium on Physical Design (ISPD-2000).

191.    Maogang Wang, X. Yang, Ken Eguro, and M. Sarrafzadeh, "A Snap-On Placement Tool", Proceedings of the International Symposium on Physical Design (ISPD-2000).

192.    *Invited paper* Jason Cong and M. Sarrafzadeh, "Incremental Physical Design", Proceedings of the International Symposium on Physical Design (ISPD-2000).

193.    Kia Bazargan, Ryan Kastner, Seda Ogrenci, and Majid Sarrafzadeh, "A C to Hardware/Software Compiler," *Proceedings of IEEE FCCM: Symposium on Field Programmable Custom Computing Machines*, April 21-23, Napa Valley, CA, 2000.

194.    Anshuman Nayak, Prith Banerjee, Chunhong Chen, and Majid Sarrafzadeh, "Power Optimization Issues in Dual Voltage Design", ICDA 2000 (part of World Computer Congress 2000), Beijing, China, August 21-25, 2000, pp. 99-105.

195.    Ankur Srivatsava, Ryan Kastner, Majid Sarrafzadeh, "Gate Duplication for Performance Optimization", International Workshop on Logic Synthesis (IWLS) 2000, Los Angeles, CA.

196.    Abhishek Ranjan, Kiarash Bazargan, and Majid Sarrafzadeh, "Fast Hierarchical Florrplanning with Congestion and Timing Control," Proceedings of International Conference on Computer Design (ICCD), Austin, TX, September 17-20, 2000;pp. 357-362.

197.    Anshuman Nayak, Malay Haldar, Prithm Banerjee, Chunhong Chen, and Majid Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," Proceedings of 2000 ASIC/SOC conference, Washington DC, pp. 305-309.

22

198. Ryan Kastner, Elaheh Bozorgzadeh, Majid Sarrafzadeh, "Coupling Aware Routing", in ASIC/SOC, Washington DC.

199. Ankur Srivatsava, Ryan Kastner, Majid Sarrafzadeh, "Timing Driven Gate Duplication," in ICCAD 2000.

200. Chunhong Chen, Xioajian Yang, and Majid Sarrafzadeh, "Potential Slack: An Effective Metric of Combinational Circuit Peformance," in ICCAD2000, San Jose, CA, November 2000, pp. 198-201.

201. Maogang Wang, X. Yang, Ken Eguro, and M. Sarrafzadeh, "Dragon2000: Placement of Industrial Circuits", in ICCAD 2000.

202. Ryan Kastner, Elaheh Bozorgzadeh, Majid Sarrafzadeh, "Predictable Routing", in ICCAD 2000.

203. Andrew Kahng and Majid Sarrafzadeh, "Modern Physical Design", Tutorial, ICCAD 2000.

204. Jason Cong, Olivier Coudert, and Majid Sarrafzadeh, "Incremental CAD", Embedded Tutorial, ICCAD 2000.

205. Kiarash Bazargan, Seda Ogrenci, and M. Sarrafzadeh, "A Fast Scheduling and Placement Method for C to Hardware/Software Compilation", Reconfigurable Techniques for Computing, Nov 5-8, Boston, MA Part of Photonics East Conference).

206. Seda Ogrenci, Kiarash Bazarga, and Majid Sarrafzadeh, "Image Analysis and Partitioning for FPGA Mapping," IEEE Workshop on Signal Processing Systems (SiPS - 2000), Lafayette, LA.

207. Ankur Srivatsava, Chunhong Chen, Majid Sarrafzadeh, "Timing Driven Gate Duplication in Technology Independent Phase", ASPDAC 2001, Jan 31-Feb 2, 2001, Yokohama, Japan.

208. Elaheh Bozorgzadeh, Seda Ogrenci, Majid Sarrafzadeh, "Routability-Driven Packing for Cluster-Based FPGAs", ASPDAC 2001, Jan 31-Feb 2, 2001, Yokohama, Japan.

209. Seda Ogrenci, Elaheh Bozorgzadeh, Ryan Kastner, and Majid Sarrafzadeh, "Strategically Reconfigurable Gate Arrays," Proceedings of RAW'2001 workshop.

210. Abhishek Ranjan, Ankur Srivatsava, Vankatesh Karnam, and Majid Sarrafzadeh, "Layout Aware Retiming ", Proceedings of Great Lakes Symposium on VLSI: GLSVLSI 2001.

211. Kiarash Bazargan, Seda Ogrenci, and Majid Sarrafzadeh, "Integrated Scheduling and Physical Design intoa Coherent Compilation Cycle for Reconfigurable Computing Architectures," proceedings of DAC 2001, June 2001 in Las Vegas Convention Center, pp. 635-640.

212. Elaheh Bozorgzadeh, Ryan Kastner, and Majid Sarrafzadeh, "Creating and Exploiting Flexibility in Steiner Trees," proceedings of DAC 2001, June 2001 in Las Vegas Convention Center, pp. 195-198.

23

213. ***Invited Paper***, Patrick Schaumont, Ingrid Verbawhede, Kurt Keutzer, and Majid Sarrafzadeh, "A Quick Safari through the Reconfigurable Jungle," June 2001 in Las Vegas Convention Center, pp. 172-177.

214. tutorial with Xilinx, Synplicity, UCLA on FPGAs, DAC 2001

215. Ryan Kastner, Elaheh Bozorgzadeh, and Majid Sarrafzadeh, "Couple-Free Routing," proceedings of ISPD 2001.

216. Xioajian Yang, Ryan Kastner, and M. Sarrafzadeh, "Congestion Estimation During Top-down Placement," Proceedings of ISPD 2001, Sonoma County, CA, April 1-4, 2001.

217. ***Invited Paper***, M. Sarrafzadeh et al  "Fundamental Graph Algorithms in Physical Design," (ZSA, clustering,...) ISPD 2001.

218. Xioajian Yang, Elaheh Bozorgzadeh, and Majid Sarrafzadeh, "Wirelength Estimation based on Rent Exponents of Partitioning and Placement," Proceedings of System-Level Interconnect Prediction (SLIP 2001), Sonoma, CA, March 31-April 1st

219. Ankur Srivatsava, Chunhong Chen, Majid Sarrafzadeh, "Exact Algorithm for Modifying Buffer Trees Using Buffer Duplication in a Delay Optimization Perspective ", International Workshop on Logic Synthesis (IWLS 2001).

24

# EXHIBIT B

## VanZanten, Georgia

**From:** Brigham, Matthew
**Sent:** Friday, March 22, 2002 5:28 PM
**To:** VanZanten, Georgia
**Subject:** FW: Deposition Scheduling


-----Original Message-----
From: Simmons, Luann [mailto:LSimmons@OMM.com]
Sent: Tuesday, January 29, 2002 3:20 PM
To: Matthew J. Brigham (E-mail); 'jferguson@skjerven.com'
Subject: Deposition Scheduling

Matt and Julia:

1. Regarding the Boston depositions, George is available the week of 2/18
and 2/27-3/1.  Can we try to schedule all four witnesses (Stewart, Marantz,
Johnson, Babb) during those two weeks?  Maybe two per week?

2. Unfortunately, neither 2/13 nor 2/14 will work for the 30(b)(6) in the
Axis action.  Please let me know what other dates are available.

3. Because we will be addressing, among other topics, claims construction,
we do need to schedule the continuation of Majid's deposition to occur
before the 3/4 claims construction discovery cutoff in the IKOS action.
Please let me know what dates are available.

Thanks,
Luann


Luann L. Simmons
O'Melveny & Myers LLP
275 Battery Street
San Francisco, California  94111
Tel: 415/984-8896
Fax: 415/984-8701
Email: lsimmons@omm.com

    This message and any attached documents contain information from the
law firm of O'Melveny & Myers LLP that may be confidential and/or
privileged. If you are not the intended recipient, you may not read, copy,
distribute, or use this information. If you have received this transmission
in error, please notify the sender immediately by reply e-mail and then
delete this message.