| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
| | DAVID R. EBERHART (S.B. #195474) |
| 2 | LUANN L. SIMMONS (S.B. #203526) |
| | O'MELVENY & MYERS LLP |
| 3 | Embarcadero Center West |
| | 275 Battery Street |
| 4 | San Francisco, California  94111-3305 |
| | Telephone: (415) 984-8700 |
| 5 | Facsimile: (415) 984-8701 |
| 6 | Attorneys for Defendant |
| 7 | Axis Systems, Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IKOS SYSTEMS, INC., et al., | Case No. C01-21079-JW |
| Plaintiffs, | **DECLARATION OF LUANN L. SIMMONS IN SUPPORT OF REPLY ON MOTION FOR LEAVE TO PRESENT EXPERT TESTIMONY** |
| v. | |
| AXIS SYSTEMS, INC., | Hearing Date: April 22, 2002 |
| Defendant. | Time: 9:00 A.M. |
| | Place: Courtroom 8 |
| | Judge: Hon. James Ware |

I, LUANN L. SIMMONS, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and associated with the law firm of O'Melveny & Myers LLP, counsel for Axis Systems, Inc. ("Axis"). Unless otherwise noted, the facts set forth in this declaration are personally known to me. If called and sworn as a witness, I could and would testify competently to these facts.

2. Attached hereto as Exhibit A are true and correct copies of selected pages from the prosecution history of U.S. Patent No. 5,596,742.

3. The specifications for both U.S. Patent No. 5,596,742 and U.S. Patent No. 5,761,484 include the prior art reference Babb, Jonathan, et al., "Virtual Wires: Overcoming Pin Limitations in FPGA-based Logic Emulators," Proceedings IEEE

Workshop on FPGAs for Custom Computing Machines, Apr. 5, 1993. Attached hereto as Exhibit B is a true and correct copy of that paper.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this declaration was executed on April 8, 2002, at San Francisco, California.

By    s/ Luann L. Simmons
      LUANN L. SIMMONS

SF1:464023.1