## TABLE OF PROPOSED CLAIM CONSTRUCTION
## IN ORDER ADDRESSED BY AXIS

| U.S. PATENT NOS. 5,596,742 AND 5,761,484 | | | |
|---|---|---|---|
| **Disputed Term** | **J. C. C. & P. S.** | **Plaintiffs' Brief** | **Axis's Brief** |
| virtual interconnection | 8-10 | 18 | 4 |
| static virtual interconnection | 5 | 15 | 12 |
| statically communicating | 6 | 17 | 16 |
| phase | 4 | 14 | 17 |
| multiplexed | 3 | 13 | 17 |
| pipelined | 4-5 | 14 | 17 |
| multiplexer | 4 | 14 | 19 |
| time-multiplexed | 7-8 | 17 | 20 |
| communicating, communicate, communication | 2 | 11 | 21 |
| communication path | 2 | 12 | 21 |
| configurer | 2 | 12 | 22 |
| intermodule dependencies | 3 | 13 | 22 |
| interpartition dependencies | 3 | 13 | 22 |
| system clock period | 6-7 | 18 | 23 |
| **U.S. PATENT NO. 5,649,176** | | | |
| environment, environmental | 12-13 | 21 | 26 |
| environmental timing signal | 13 | 22 | 28 |
| internal clock | 13-14 | 22 | 30 |
| resynthesizing | 14 | 22 | 32 |
| buses | 11 | 19 | 32 |
| configuring the logic system | 11 | 19 | 33 |
| control signal | 11 | 20 | 33 |
| controller | 12 | 20 | 34 |
| controller means | 11-12 | 20 | 34 |
| sampled/sampling | 14 | 23 | 35 |
| synchronize | 14-15 | 23 | 35 |
| synchronizer | 15 | 23 | 36 |

## TABLE OF PROPOSED CLAIM CONSTRUCTION
## IN ALPHABETICAL ORDER

| Disputed Term | J. C. C. & P. S. | Plaintiffs' Brief | Axis's Brief |
|---|---|---|---|
| **U.S. PATENT NOS. 5,596,742 AND 5,761,484** | | | |
| communicating, communicate, communication | 2 | 11 | 21 |
| communication path | 2 | 12 | 21 |
| configurer | 2 | 12 | 22 |
| intermodule dependencies | 3 | 13 | 22 |
| interpartition dependencies | 3 | 13 | 22 |
| multiplexed | 3 | 13 | 17 |
| multiplexer | 4 | 14 | 19 |
| phase | 4 | 14 | 17 |
| pipelined | 4-5 | 14 | 17 |
| static virtual interconnection | 5 | 15 | 12 |
| statically communicating | 6 | 17 | 16 |
| system clock period | 6-7 | 18 | 23 |
| time-multiplexed | 7-8 | 17 | 20 |
| virtual interconnection | 8-10 | 18 | 4 |
| **U.S. PATENT NO. 5,649,176** | | | |
| buses | 11 | 19 | 32 |
| configuring the logic system | 11 | 19 | 33 |
| control signal | 11 | 20 | 33 |
| controller | 12 | 20 | 34 |
| controller means | 11-12 | 20 | 34 |
| environment, environmental | 12-13 | 21 | 26 |
| environmental timing signal | 13 | 22 | 28 |
| internal clock | 13-14 | 22 | 30 |
| resynthesizing | 14 | 22 | 32 |
| sampled/sampling | 14 | 23 | 35 |
| synchronize | 14-15 | 23 | 35 |
| synchronizer | 15 | 23 | 36 |