1   GEORGE A. RILEY  (S.B. #118304)
    DAVID R. EBERHART  (S.B. #195474)
2   LUANN L. SIMMONS  (S.B. #203526)
    O'MELVENY & MYERS LLP
3   Embarcadero Center West
    275 Battery Street
4   San Francisco, California  94111-3305
    Telephone: (415) 984-8700
5   Facsimile: (415) 984-8701

6   Attorneys for Defendant
    Axis Systems, Inc.

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11  IKOS SYSTEMS, INC., and              Case No. C01-21079-JW
    MASSACHUSETTS INSTITUTE OF
12  TECHNOLOGY,                          **DEFENDANT AXIS SYSTEMS, INC.'S**
                                         **TECHNOLOGY TUTORIAL**
13              Plaintiffs,              **SUBMISSION**

14          v.                           Hearing Date:   April 30, 2002
                                         Time:           1:30 p.m.
15  AXIS SYSTEMS, INC.,                  Place:          Courtroom 8
                                         Judge:          Hon. James Ware
16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1   **I.       INTRODUCTION**

2              At the April 30, 2002 hearing, defendant Axis Systems, Inc. ("Axis") will present

3   a tutorial on the technology at issue in this action.  This submission is intended to complement

4   that tutorial with a written explanation of relevant concepts and terms.  A list of cited references

5   is found at the end of this submission.

6   **II.      RECONFIGURABLE COMPUTING.**

7              The technology at issue in this case relates to the general field of reconfigurable

8   computing and to the use of reconfigurable computing to model circuit designs.

9              Reconfigurable computing refers to the use of hardware devices that can be

10  configured, and subsequently reconfigured, to perform various computing functions.  An example

11  of such a reconfigurable device is a Field Programmable Gate Array (FPGA), which can be

12  reconfigured as often as the user desires.

13             It may be helpful to compare a reconfigurable computer, comprising devices such

14  as FPGAs, with a general purpose computer that uses a microprocessor as its central processing

15  unit.  If the general purpose computer is used to perform a simple arithmetic function, such as

16  multiplying two numbers, the microprocessor must fetch, read and follow several instructions

17  from software in order to carry out the intended operations.  General execution units within the

18  microprocessor perform the routines necessary to carry out these instructions.  By contrast, in a

19  reconfigurable computer, the instructions can be "built into" the circuitry by wiring the

20  computing elements to carry out the multiplication without fetching, reading and following

21  instructions from software.  As one textbook notes, in reconfigurable computing "there is no

22  instruction fetching as required by traditional microprocessors, as the [configured FPGA]

23  hardware directly embodies the instructions." (Brown at 9.)

24             For many tasks, reconfigurable computers may have advantages over general

25  purpose computers.  As noted in the example above, a reconfigurable computer eliminates the

26  delays associated with fetching and performing instructions from software.  As one text notes,

27  this advantage "can result in speedups of the order of 100." (Id.)  Reconfigurable computers also

28  offer the advantage that the circuitry can be configured to work on different parts of a problem at

1   the same time, an advantage known as parallelism.  But configuring the circuitry to perform

2   specialized tasks comes at a cost.  If new tasks must be performed, the user will have to

3   reconfigure the computer by changing its circuitry.  To use our simple example, if the next task

4   for our reconfigurable computer is a subtraction, the user may have to reconfigure the computer

5   to carry out this new function.

6          Although FPGAs were introduced in the mid-1980's, the concept of reconfigurable

7   computing has a much longer history.  One of the earliest reconfigurable computers ever built

8   was the "ENIAC" computer, which dates back to the 1950s.  The ENIAC was configured by

9   physically changing wire connections among the various computing elements that made up the

10  computer.

11         In contrast with the ENIAC, FPGAs are reconfigured electronically by the user.

12  An FPGA is a computer chip that comprises "uncommitted" logic elements, i.e., circuitry that can

13  carry out simple logic functions such as producing a specified output in response to two particular

14  inputs.  The elements are said to be "uncommitted" because they are not interconnected to carry

15  out an operation.  Instead, the user must create the connections among the logic elements by using

16  "interconnection resources" such as wires and switches that are available on the FPGA to transmit

17  signals among the logic blocks.  The user configures the FPGA by electronically programming

18  the interconnection resources.

19         The following is a simple diagram of an FPGA showing the logic blocks and

20  interconnection resources.

21

22

23

24

25

26

27

28

AXIS'S TECHNOLOGY TUTORIAL SUBMISSION
C01-21079-JW

1



**Figure 1.1** - *A Conceptual FPGA.*

The above diagram shows the I/O cells (or input and output cells) that surround the edge of the FPGA chip. These I/O cells are connected to pins that carry signals in and out of the FPGA. (Brown at 5.)

During the last three decades, there have been numerous reconfigurable computing projects. One of the most significant was Splash, a project developed in the late eighties by the Supercomputer Research Center. (Gokhale.) Splash utilized arrays of FPGAs to carry out rapid computing for a variety of applications. SuperSim, developed by 1987, used reconfigurable devices known as programmable logic gates to simulate a circuit design for testing and evaluation. (Lavi 1987, 1987a) The Very Large Simulation Subsystem (VLSS), completed by 1991, used custom built reconfigurable chips that could model logic functions for the circuit under design. (Wei.)

III.     **CREATING A CHIP DESIGN: SYNTHESIS.**

To understand the role of reconfigurable computing in modeling a circuit design, it may be helpful to review the stages in the development of a chip.

As Stanford Professor Giovanni De Micheli writes in his textbook, <u>Synthesis and Optimization of Digital Circuits</u>, the creation of an integrated circuit can be divided into four major stages: design, testing, fabrication and packaging. (De Micheli at 12.)

1    Synthesis refers to the part of the design stage in which an abstract model of an

2  integrated circuit is transformed through several steps into a physical layout that has all the

3  features necessary to fabricate the chip.  As Professor De Micheli writes:

4    We shall consider here the design stage in more detail, and we
    divide it into three major tasks;  *conceptualization* and *modeling*,

5    *synthesis* and *optimization*, and *validation*.  The first task consist of
    casting an idea into a model, which captures the function that the

6    circuit will perform.  Synthesis consists of refining the model, from
    an abstract one to a detailed one, that has all the features required

7    for fabrication.  An objective of the design is to maximize some
    figures of merit of the circuit that relate to its quality.  Validation

8    consists of verifying the consistency of the models used during
    design, as well as some properties of the original model.

9

10  (De Micheli at 13.)

11    Professor De Micheli identifies three levels of abstraction in circuit synthesis:

12  architectural, logic and geometric.  (Id. at 15.)  An architectural model can be represented as a set

13  of operations that will be performed by the circuit under design.  These operations can be

14  depicted in a flow diagram or as a series of operations expressed in a "Hardware Description

15  Language" ("HDL"), a specialized computer language that is used to describe the functions of a

16  circuit under design.  The architectural model is transformed into a logic level specification in

17  which the model of the circuit is expressed in the form of logic gates.  Finally, a geometric level

18  model is generated that provides the exact physical layout of the chip with sufficient information

19  to manufacture the integrated circuit.  The following diagram from Professor De Micheli's book

20  shows these three level of circuit models:

21

22

23

24

25

26

27

28



(De Micheli at 16.)

Reconfigurable computers have been used to create working models of chip designs for testing and debugging those designs.  The model, created with information from the architectural or logical levels, can be operated using test data to discover errors ("bugs") in the design before the expensive step of fabricating the final chip.  The errors can be corrected by reconfiguring the FPGAs and retesting the model.

**IV.   <u>USING RECONFIGURABLE COMPUTING TO MODEL CHIP DESIGNS.</u>**

Reconfigurable computers offer an attractive alternative to testing circuit designs using software simulators.  For the reasons discussed above, a software model is generally much slower than a model built on a reconfigurable computing devices.  The software model requires the microprocessor to fetch and execute numerous instructions to represent the operation of a single part of the design.  By contrast, in a model built on reconfigurable devices, the operation of the chip under design is modeled directly in hardware, which is generally much faster in its operation than software.  Thus, a hardware model of a chip realized in a reconfigurable computer may greatly shorten the time necessary to test and debug the chip design.  Moreover, because a reconfigurable computer model of a chip is an actual hardware implementation, its behavior is much closer to the final version of the chip than a software model.

1    The following discussion introduces several concepts from the general field of

2    reconfigurable computing that have application to the task of modeling a chip design on an array

3    of reconfigurable logic devices.

4    **A.    Array.**

5    To create a reconfigurable computer, reconfigurable devices, such as FPGAs, are

6    organized in a structure known as an array.  The simplest form of an array is a "linear array."   In

7    a linear array, the output of the first reconfigurable device is connected to the input of the second

8    reconfigurable device, and so on, down the line.  In this example, data is transmitted in a "one-

9    way" direction, from left to right.  The following diagram illustrates a linear array:

10
11    
12

13   Another type of array is a "two-dimensional" array.  In this example of a two-

14   dimensional array, data can be transmitted along two dimensions:  North/South and East/West.

15   Because data can flow in more than one direction, two-dimensional arrays offer greater flexibility

16   than linear arrays.  The following diagram illustrates a two dimensional array:

17
18   
19
20
21
22
23

24   **B.    Systolic Array.**

25   A specific example of an array that is implemented in reconfigurable computers is

26   a "systolic array."  The term "systolic" is used to denotes the rhythmic, heart-like pulsing of the

27   data from element to element in the array.

28

1    An example of a systolic array is the "Splash" reconfigurable computer, illustrated

2    in the diagram below, which dates back to 1989. (Gokhale at 82.)  A simplified diagram of Splash

3    is shown below:



10    As originally implemented, Splash was a systolic array comprising 32 FPGAs and 32 memory

11    chips.  Splash relied on a Sun workstation which served as the "host" to configure the FPGAs and

12    control the data input into the array.  Splash was used for a variety of applications, ranging from

13    key word searching to DNA pattern matching.

14    **C.**      **Partitioning.**

15    The process of assigning particular functions to different reconfigurable devices in

16    an array is known as "partitioning."  Consider the following example:  the arithmetic problem of

17    multiplying a number by five, then dividing by three, then adding two, and then subtracting four

18    [X * 5 ÷ 3 + 2 - 4] can be separated into four operations: (1) multiply by five, (2) divide by three,

19    (3) add two and (3) subtract four.  Each operation can be assigned – "partitioned" – to a separate

20    reconfigurable device in a linear array as follows:



24    As discussed, the data flows in a linear fashion from left to right.

25    If sufficient resources are available, two or more functions may be able to be

26    combined within a single reconfigurable device.  For example, the following partition might be

27    possible:

28

AXIS'S TECHNOLOGY TUTORIAL SUBMISSION
C01-21079-JW

X → *5/3 → + 2 → - 4 → **Result**

Again, the data moves from left to right.

The process of partitioning is described generally in the Rose reference.

**D.    Control of Data Movement and Operations**

To produce correct results, a reconfigurable computer must offer a means to control data flow and the operations within the array.  In the example of a two-dimensional array discussed above, different results will be obtained depending on whether the data travels first south and then east, or first east and then south.

A two-dimensional array of arithmetic operations is shown below:



If data flows first east then south, as illustrated in the diagram below, the following sequence of operations will be performed: (1) multiply by six, (2) add three, and (3) subtract 4.

X → * 6 → + 3
      ↓        ↓
    / 2 → - 4 → **Result**

If the original input to the circuit, X, is 1, this particular data flow will produce a Result of 5.

1     By contrast, if the data flows first south then east, as shown below, the following

2  sequence of operations will be performed: (1) multiply by six, (2) divide by two, and (3) subtract

3  four.

4

5  X → [* 6] → [+ 3]

6

7  [/ 2] → [- 4] → Result

8

9

10  In this scenario, an original input of 1 will result in a Result of −1.

11     One way to control the data flow in the array is to dedicate a control signal (a

12  "Ready" signal) to each reconfigurable device.  When a device receives input data and a control

13  signal, the device will perform its assigned operation and send the resulting output data to the

14  next device in the array.

15     The above examples can be used to illustrate this method of data control.  Assume

16  that the first scenario discussed above, which produced an output of 5, represents the correct

17  operation of the two-dimensional array.  As shown above, to achieve this result, data must flow

18  first east, then south.  Accordingly, the control signal must also be sent first east, as shown in the

19  two diagrams below:

20

21

22  

23

24

25

26

27

28

1
2
3
4
5
6



7   The control signal will then be transmitted south to produce the desired result.

8
9
10
11
12
13
14

15       While effective, this method of controlling data flow requires the use of dedicated

16   control signals and resources on the reconfigurable devices for sending and receiving the control

17   signals.

18       **E.       Scheduling Data Movement and Operations.**

19       If the data flow and operations occur in a regular and predictable pattern, the

20   inputs and outputs can be scheduled according to a clock.  Each device will know when data is

21   valid and when an operation will occur based on a predetermined schedule.

22       Digital circuits typically have an internal "clock" signal, which is a simple periodic

23   signal with a fixed frequency that controls the operations of the circuit.  Each cycle of the clock

24   can be referred to as a "time slot."  A clock signal is illustrated in the following diagram:

25
26
27
28



During each time slot of the clock signal, data signals can be transmitted between reconfigurable devices throughout the array.  For example, the operations in the linear array discussed above can be scheduled as illustrated below:



During the first time slot, $t_1$, the multiplier operation is performed and the output data signal is transmitted to the next reconfigurable device.  During $t_2$, the division operation is performed and the result is outputted to next reconfigurable device, the adder.  The adder performs its operation and transmits the output to the subtracter during $t_3$.  Finally, during $t_4$, the subtraction operation is performed and the final result is obtained.  As illustrated with this example, each particular data signal is scheduled to be transmitted during a particular time slot.

The process of scheduling particular signals to particular time slots is discussed in Wei.  The Wei article explains that the Very Large Simulation Subsystem (VLSS) requires the simultaneous propagation of a number of signals through a limited number of pathways or bus

1  lines.  Each signal transmitted across a bus line is assigned a bus pin and scheduled to a particular

2  time slot to ensure that the signals are properly transmitted.  (Wei at 708.)

3       **F.**     **Static Dependencies.**

4         In order to schedule signals to particular time slots, the dependencies that exist in

5  the circuit design must be known.  A "dependency" exists when the output from a logic element

6  is contingent on one or more of the inputs.  When a dependency exists, the movement of data

7  signals must be scheduled so that the required inputs arrive at the logic element before its output

8  is transmitted.

9         If the dependencies can be determined at the time the circuit design is "compiled"

10  (the time when the design is transformed into a form that can be used to configure the

11  reconfigurable device), without regard to the value of the input signals, the dependencies are

12  considered "static."  Static dependencies can be illustrated using the linear array shown below.

13

14  

15

16  As seen in the illustration, the output of the divider operation depends on the input received from

17  the multiplier; the output of the adder depends on the input received from the divider; the output

18  from the subtracter depends on the input received from the adder.  The dependencies that exist in

19  this array are static because at the time the array is compiled, we can identify, without regard to

20  the input value X, the flow of data through the array and the timing of the operations in the array.

21  We know that the multiplication operation will be performed and the data will flow from the

22  multiplier to the divider during the first clock cycle; the division operation will be performed and

23  the data will flow from the divider to the adder during the next clock cycle, and on down the

24  array, as discussed above.  Accordingly, the data flow for this array can be scheduled when the

25  circuit is compiled, in advance of the operation of the devices.

26         If all signal dependencies can be statically determined, the circuit can be expressed

27  as a directed acyclic graph.  A directed graph is one where each node in the graph is connected to

28  another node with an explicit ordering.  A directed acyclic graph (DAG) is a directed graph with

no path from one node back to itself (no cycles).  Signals enter nodes in a predetermined, ordered fashion and only enter each node once.  An example of a directed acyclic graph is depicted below:



Nodes

**Directed Acyclic Graph**

The statically routed network in Splash is an example of a system in which data flow was scheduled according to static dependencies in the circuit.  The result can be referred to as a statically routed communication network.

> **G.   Synchronous vs. Asynchronous Signals.**

Signals can be classified as either synchronous or asynchronous.  Synchronous signal move with regular and predictable timing.  Because they are regular and predictable, the signals can be scheduled to a clock that is used to control the circuit.

In the linear array shown in the following diagram, the device labeled "F" receives two inputs, "X" and "Y," and produces one output, "Z," that is then transmitted to the device labeled "G."  Assume, for example, that the device F adds the values of X and Y and outputs the sum as Z.  In this array, the data will move left to right from F to G without regard to the values of X and Y.  As shown in the diagram, we can schedule these movements to a clock – X and Y are received at F during the first time slot, $t_1$; F performs its operation, e.g., addition, during the second time slot, $t_2$; and, F outputs the result of the operation, Z, at the third time slot, $t_3$.  Because the data signals move with regular timing, we can predict that the Z output from device F will always be transmitted at time slot $t_3$.



Synchronous

Asynchronous signals, by contrast, move with irregular and unpredictable timing and, therefore, cannot be scheduled to a clock. Asynchronous signals may exist where the number of clock cycles needed for a device to perform its desired function is determined by the input to that device. An example of such a circuit is a "counter circuit," shown below.



Asynchronous

To illustrate how this circuit produces unpredictable data movements, assume that reconfigurable device J is a counter that operates as follows. The counter receives an input value. The counter then changes its output value by "1" on successive cycles of the clock until the output is equal to the input. When the input changes, the counter repeats this process.

Assume the counter starts with a value of "5" at the input and output. The input then changes to "10," as shown below.



Asynchronous



During the next clock cycle, the counter will increment its output to "6," as shown below.



The output will then be incremented to "7" during the next clock cycle, "8" during the next clock cycle, "9" during the next clock cycle, and "10" during the next clock cycle. The counter takes 5 clock cycles (10 minus 5) to perform its function. If the counter then receives an input value of "13," it will take 3 clock cycles (13 minus 10) to perform its function.

The amount of time needed for the counter to perform its function and produce the desired output thus depends on the input value it receives and its previous output. Because all inputs to the counter are not known at the time the circuit is compiled, we cannot predict when a particular output will occur. We cannot predict that the counter will always transmit its output during the third clock cycle, as we could with the synchronous circuit example above. Thus, the asynchronous data movements cannot be scheduled to a clock.

1   **V.      COMMUNICATING BETWEEN RECONFIGURABLE LOGIC MODULES.**

2        **A.      Multiplexing.**

3            In general, the term multiplexing describes the process of transmitting several

4   signals across a common physical medium.  Multiplexing requires the application of a technique

5   that allows the signals to be combined on the medium in such a way that they can then be

6   separated out again, or "demultiplexed," and understood by the recipient.

7            One example of multiplexing is frequency multiplexing used in radio

8   transmissions.  Multiple radio signals are transmitted over the airways.  Each signal, however, is

9   transmitted on a unique frequency.  By dialing the radio's tuner so that the radio listens to one

10  specific frequency, one can select a particular station.

11           In digital circuits, multiplexing is usually implemented with a device that is

12  referred to as "multiplexer" or "mux."  A multiplexer has several data inputs but only one data

13  output.  A diagram of a multiplexer with four data inputs ($a_1$, $b_1$, $c_1$, $d_1$) and one data output is

14  shown below.



15

16

17

18

19

20

21

22           The multiplexer uses a control signal to select which of the data inputs should be

23  transmitted across its single output.  In essence, the multiplexer functions as a switch, with the

24  control signal determining the position of the switch.  This is depicted in the multiplexer diagram

25  shown below.

26

27

28





Multiplexing          De-Multiplexing

The figure above also shows a "demultiplexer" or "demux" on the receiving end of the transmission. The demultiplexer is basically a mirror image of the multiplexer. It has one data input and multiple data outputs. The demultiplexer sends the incoming signal to one of the outputs depending on the control signal. By coordinating the control signal that directs the multiplexer with the control signal that directs the demultiplexer, multiple signals may be transmitted to the proper destinations over a common medium, as shown below.



Shared control signal

Multiplexers can be implemented in reconfigurable devices, including FPGAs. See Rose.

1   **B.**     <u>**Time Multiplexing.**</u>

2        A specific approach to multiplexing in digital circuits is "time multiplexing" also

3   known as "time division multiplexing" or "TDM." In time multiplexing, the control signals that

4   control the multiplexer and demultiplexer come from the clock. This is shown in the figure

5   below:



17       The position of the "switch" in the multiplexer is controlled by the clock. On each

18  clock cycle, the switch changes to a new position. Because the same clock is used to control the

19  demultiplexer, the demultiplexer "switch" operates in a coordinated fashion. Thus, in the figure,

20  during clock cycle "a," the system transmits a signal from source "$a_1$" to destination "$a_2$." During

21  clock cycle "b," the system transmits a signal from source "$b_1$" to destination "$b_2$." This pattern

22  continues for clock cycles "c" and "d," and the pattern then repeats. Each signal is thus

23  transmitted during a time slot that corresponds to a specific cycle ("tick") of the clock, which

24  repeats over time. This approach is called "time multiplexing" because the determination of

25  which signal is transmitted through the multiplexer (and demultiplexer) is solely a function of

26  time.

27       The Splash system, built in 1989, used this approach. As discussed, Splash used a

28  linear array of 32 FPGAs. Splash also used memory elements connected to the FPGAs. The

1  inventors of Splash considered two alternative techniques for connecting the memory elements

2  and the FPGAs.  As discussed in Gokhale, the first alternative was to dedicate pins on each FPGA

3  to be used for the memory connections.  However, due to the limitations on the total number of

4  pins available and the desire for high interconnectivity between the FPGAs, the inventors

5  determined that this approach was not acceptable.  "The alternative strategy, which [the

6  inventors] adopted, called for [a memory] connection to share lines connecting two chips."

7  (Gokhale at 84.)  The following diagram illustrates this approach.

8



15  Splash time multiplexed to allow the signals from the memory elements to share the same

16  communication medium as the signals being transmitted between the FPGAs.

17  As discussed above, the VLSS system also used time multiplexing.  Signals in the

18  VLSS system are scheduled to a particular time slot and to a particular pin for transmission.

19  Thus, the signals are scheduled in both time and in space.

20  Lavi (1987a) describes a system that uses time multiplexing with scheduling to

21  communicate signals between logic elements that are configured to simulate a circuit design.

22  Lavi's system provides arrays of programmable gates that emulate the logic gates in the user

23  design.  The system provides electronic switches to interconnect the gates to model the design.

24  As explained in Lavi:

25          Each hardware gate is programmable to emulate a logic element in
            a logic circuit to be verified and comprises a plurality of logic gates
26          interconnected by switches whose settings configure the hardware
            gates to emulate a logic element in said logic circuit.
27

(Lavi (1987a) at 2:15-19.)

28

In Lavi, the inputs and outputs of the programmable gates are time multiplexed in order to communicate with other programmable gates. "The output of each hardware gate is assigned a bus pin and a time slot." (Id. at 2:30-36.) By multiplexing the outputs across a common pin, temporal connections are made among the programmable gates.

> The multiplex means establishes the input to and output of the apparatus, and is constructed and arranged to establish temporally limited connections between the hardware gates according to a schedule upon the completion of which the apparatus will have produced outputs corresponding to the outputs of said logic circuit for each possible input thereto.

(Id. at 2:23-29.)

As explained above, in asynchronous circuits, the data movements are irregular and, therefore, cannot be scheduled to a clock, as in time multiplexing. Any asynchronous signals that exist must be transmitted across a dedicated physical medium, or "hardwired" – these signals cannot share a common medium with any other signals. The diagram below illustrates that the asynchronous signal is hardwired:



Signal "d" is hardwired

1   C.   **Alternatives To Time Multiplexing.**

2          There are several alternatives to time multiplexing that can be used to multiplex

3   the signals.  The clock could be replaced with a controller that multiplexes signals in an order that

4   is not determined by cycles of a clock.

5          For example, signals can be transmitted in packets with information specifying

6   their destinations.  The destination information can be stored in a "header," as shown in the

7   diagram below.



13   The information in the header is used to ensure that the data reaches its intended destination.

14          Dally describes a system that combines packet communication with temporary

15   storage areas known as buffers.  Multiple buffers are associated with each physical channel on the

16   network.  Packets that would otherwise block the channel are temporarily stored in one of these

17   buffers to allow other packets to pass.  These buffers are known as "virtual channels."  The virtual

18   channels are multiplexed on each physical channel.  (Dally at 198.)

19          When using an approach with packets with a header, asynchronous circuits do not

20   present the problem that they do in a time multiplexing system.  Asynchronous signals can be

21   routed in exactly the same manner as synchronous signals because, unlike in the time

22   multiplexing system, the clock does not determine the routing.

23   D.   **Pipelining.**

24          In general, the term "pipelining" refers to signal transmission of signals across a

25   common physical medium.  For example, the signals to be transmitted are temporarily stored in

26   storage devices, such as a "registers."  Each signal is then shifted serially through the registers

27   and across the medium, as if through a pipeline.  Pipelining of a set of signals is illustrated in the

28   diagram below.

| 0 | 1 | 1 | 0 | 0 | ⇨ | 0 | 1 | 1 | 0 | 0 | → | 0 | 1 | 1 | 0 | 0 |

To organize the transmission of the signals through the pipeline, a clock (sometimes referred to as the "pipeline clock") typically is used.  Each signal is transmitted across the medium during a time slot of this clock.  During the first time slot of the pipeline clock, the signal in the first register, a "0," is pipelined across the medium.  At the same time, each of the other signals in the set of registers is shifted serially forward to the next register.  Thus, the signal that was in the second register will be shifted to the first register and so on.  During the next time slot, the signal that is now in the first register, also a "0," is pipelined across the medium and the remaining three signals are shifted forward through the registers.  This process is repeated until each signal has been shifted through the registers and pipelined across the medium.

The techniques of pipelining and time-multiplexing can be used in coordination for transmitting several signals across the common physical medium.  Signals can be organized into two or more sets of registers for pipelining across the medium.  A multiplexer can then be used to switch from one set of registers to another set of registers.  This approach is illustrated in the diagram below:

### Multiplexer: Controlled by pipeline clock



The signals in the top set of registers are pipelined across the medium under the control of the pipeline clock.  The multiplexer, also under the control of the pipeline clock, then switches to the bottom set of registers.  The signals in the bottom set of registers are then pipelined across the medium under the control of the pipeline clock.

1

### E.   User Design and User Clock.

2

As noted above, a digital circuit typically has a clock signal to control the internal

3

operations of the circuit.  The clock signal for a chip under design is referred to as the "user

4

clock."  On each cycle (or "tick") of the user clock, data signals are transmitted from their sources

5

to their destinations throughout the entire circuit.  Shown below is a model of the chip under

6

design expressed in the form of logic elements or "gates."  The first diagram illustrates that before

7

the user clock ticks, all data signals are at their sources and are ready to be transmitted through

8

the circuit.

9

10

11

12

13

14

15

16

17

18

19



**Before User Clock Ticks**

20

21

Then, after one tick of the user clock, all data signals have been transmitted through the entire

22

circuit, as shown in the next figure.

23

24

25

26

27

28

1



**After User Clock Ticks**

The transmission of all the data signals through the circuit may become more complicated when this circuit is modeled on an array of reconfigurable devices. Because of the partitioning process discussed above, a signal may have to travel through multiple reconfigurable devices from its source to its destination. If signals must share a common pin, the signals will not be able to reach their destinations in one tick of the user clock because only one signal will be able to pass through the pin during a single tick of the user clock. In other words, if four signals must share a common pin, only one will get through on one cycle of the user clock.

The diagram below shows the user circuit discussed above partitioned onto an array of four reconfigurable devices connected with single pins.



To ensure that this array accurately models the operations of the circuit, the data signals must be transmitted according to a clock in the reconfigurable system ("system" clock) instead of the user clock. The user clock cycle must then be set so that one tick of the user clock equals the number of ticks of the system clock needed to multiplex all the data signals through the array. For example, if it takes four ticks of the system clock to multiplex all data signals through the array, the user clock cycle is set to be equal to those four ticks. This relationship between the system clock and the user clock is shown in the diagram below:



As discussed in Wei, the VLSS system used this approach to transmit data signals according to a system clock. Wei first describes the problem introduced when multiple signals must share a common medium ("bus"):

1

2

3

> Since high-level communications are unavoidable, many signals
> must be simultaneously propagated through only a limited number
> of buses at higher levels in the hierarchy. The conflicts can be
> solved by the TDM [time division multiplexing] technique on the
> buses.

4    Wei at 707. Wei then explains the relationship between the VLSS clock cycles, or time slots, and

5    the machine cycle (the user clock cycle):

6

7

8

> The number of time slots is used to measure a full model evaluation
> in one simulated machine cycle. The final measure of the
> performance of VLSS is its clock speed (10 MHz) divided by the
> total number of time slots needed for all the data that can be
> multiplexed on all the buses.

9    Id.

10           The following diagrams illustrate how a system clock can be used to control the

11   movement of data in the array of reconfigurable devices. As shown in the first diagram, during

12   the first tick of the system clock, $t_1$, the multiplexer selects one signal to be transmitted across

13   each of the shared pins.

14

15

16

17

18

19

20

21

22

23

24



25

26   The multiplexer then selects the next signal to be transmitted across each of the shared pins

27   during the second tick of the system clock, $t_2$, as shown below.

28



Finally, the last signals are transmitted across the shared pins during the third tick of the system clock, $t_3$.

1   The system clock transmitted all three of the signals across each shared pin within one tick of the

2   user clock.  Thus, through pipelining and time multiplexing, all of the signals were successfully

3   transmitted to their destinations within the single tick of the user clock.

4   **VI.    MODELING A CIRCUIT.**

5            As discussed above, arrays of interconnected reconfigurable devices in a

6   reconfigurable computer can be used to model a user's circuit.  The process of modeling the

7   user's circuit involves first configuring the reconfigurable computer and then operating the model

8   using test data to determine how the design functions.

9            The reconfigurable computer is connected to a computer, referred to as the "host"

10  computer, that is used to perform the configuration step.  The host computer sends

11  "configuration" information to the reconfigurable computer that is used to configure the arrays of

12  reconfigurable devices.  The host computer can then also send test data to the reconfigurable

13  computer and receive the resulting output, as shown in the diagram below.



23           Alternatively, the circuit under design can be operated within its intended

24  environment, often referred to as the "target system."  For example, if a user is designing a chip

25  that will be used in a cellular phone, the reconfigurable computer used to model the computer

26  chip can be connected by cables to a cellular phone.  The user can then test the model using

27  timing and data signals from the environment of the cellular phone, as illustrated in the diagram

28  below.

As shown in the diagram, the host computer still sends configuration data to the reconfigurable computer first to configure the model of the circuit.  The model is then tested using the data from the cellular phone.

The following discussion provides some background on certain aspects of the reconfigurable devices used to create the model of the user's circuit design.

### A.    Combinational vs. Sequential Logic.

Reconfigurable devices, such as FPGAs, consist of logic elements.  There are two fundamental categories of logic elements: combinational logic and sequential logic.

In combinational logic, the output is completely determined by the current input(s) to the logic circuit.  The output of combinational logic does not depend on the order in which the inputs are received or the state of any previous outputs.  The output of combinational logic is essentially instantaneous.  Examples of combinational logic are: a device that produces a 1 on its output when any of its inputs have a value of 1 (such a device is a known as an "OR gate") and a device that produces a 1 on its output only when all of its inputs have a value of 1 ( known as an "AND gate").

Sequential logic, on the other hand, includes at least one storage element.  In sequential logic, the output does depend on the order in which the inputs are received and on what the output was previously – the output depends on the *sequence* in which things are done.  To achieve this, the sequential logic must include at least one storage or memory element "so that [it]

can 'remember' [its] immediate past history." (Bostock at 29.)  Examples of sequential logic are flip-flops, discussed below.

### B.   Flip-Flops.

A simple form of a sequential logic element is a flip-flop.  There are many different types of flip-flops, with varying degrees of complexity.  Pictured below is a simple "D" flip-flop.



As shown in this figure, a D flip-flop has data input ("D"), a data output ("Q") and a clock input.  When a clock signal arrives an the Clock input, the D input is transferred to the Q output.  That data value is stored at the Q output until a new clock pulse is received.

D flip-flops are commonly embedded within the circuitry of reconfigurable devices, such as FPGAs, to allow the user to control signal flow.  See Rose.  Alternatively, they can be designed in the logic.  Id.

### C.   Hold Time Violation.

For a flip-flop to operate properly, the data signal present on the input must be valid when the clock signal arrives.  If the data is not valid, a "hold time violation" can occur.  Hold time violations occur when the input to the flip-flop changes before the flip-flop receives the clock signal associated with that input.  In other words, the data was not held at the input for a sufficient time to be transferred to the  Q output.

Hold time violations are caused by delays in the propagation of clock signals.  A clock signal may be delayed because it may have to travel through multiple reconfigurable devices from its source to the flip-flop.  If the data being transmitted to the flip-flop is not similarly delayed, new data will arrive and will replace the valid data before the delayed clock

1  signal arrives.  As a result, the wrong value (the new data) will be transferred to the output of the

2  flip-flop.

3              Different approaches exist for avoiding hold time violations.  One approach is to

4  slow down the propagation of the new data to the flip-flop.  Assume that two flip-flops are

5  connected.  The output from the first flip-flop is transmitted to the input of the second flip-flop.

6  Both flip-flops are controlled by the same clock.  This is illustrated in the following diagram:



21  The clock signal to the second flip-flop must travel through other sequential logic.  The first flip-

22  flop, however, is directly connected to the clock, so it will receive the clock signal, perform its

23  operation and transmit its output signal before the second flip-flop receives the clock signal.  To

24  avoid the hold time violation, we can delay the clock signal to the first flip-flop so that the both

25  flip-flops will receive the clock signal at the same time and therefore operate on valid data.  This

26  is shown in the diagram below.

27

28



1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    Price teaches a method of using synchronized clock signals to avoid hold time

16    problems.  According to the Price method, a "synchronizer" flip-flop is provided for each flip-

17    flop specified in the user's design.  The outputs from the synchronizer flip-flops are connected to

18    the inputs of their corresponding user flip-flops.  The synchronizer flip-flops are clocked by a

19    new clock signal called the "synchronized clock."  The synchronized clock is configured to

20    ensure that the synchronizers do not transmit data along to the user flip-flops until an appropriate

21    amount of time has passed – until the user clock has had an opportunity to arrive at the user flip-

22    flop.  Accordingly, valid data will exist at the inputs of the user flip-flops when the user clock

23    signal arrives, and the flip-flops will function properly.

24
25
26
27
28

## VII.   <u>REFERENCES</u>

Geoff Bostock, <u>Programmable Logic Handbook</u>, Newnes, 1993.

Stephen D. Brown, et al., <u>Field Programmable Gate Arrays</u>, Kluwer, 1995.

William J. Dally, "Virtual-Channel Flow Control," <u>IEEE Transactions on Parallel and Distributed Systems</u>, 3(2), Mar. 1992.

Maya Gokhale et al., "Building and Using a Highly Parallel Programmable Logic Array," <u>Computer</u>, 24(1), Jan. 1991.

Yoav Lavi, "The Supersim: An Ultrafast Hardware Logic Simulator," <u>IFIP Workshop on CAD Engines</u>, Tokyo, June 6-9, 1987 [cited as Lavi 1987].

Yoav Lavi, "Hardware Logic Simulator," United States Patent No. 4,697,241, Sep. 29, 1987 [cited as Lavi 1987a].

Giovanni de Micheli, <u>Synthesis and Optimization of Digital Circuits</u>, McGraw-Hill, 1994.

Roderick A. Price and Bart C. Thielges, "Method for Substantially Eliminating Hold Time Violations in Implementing High Sped Logic Circuits or the Like," United States Patent No. 5,259,006, Nov. 1993.

Jonathan Rose et al., <u>Architecture of Field-Programmable Gate Arrays:  The Effect of Logic Block Functionality on Area Efficiency</u> (IEEE 1990).

Y. Wei, "Multiple-Level Partitioning: An Application to the Very Large-Scale Hardware Simulator," <u>IEEE Journal of Solid-State Circuits</u>, (5), May 1991.

Respectfully submitted,

Dated:  April 30, 2002

GEORGE A. RILEY
DAVID R. EBERHART
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By   s/ George A. Riley
George A. Riley
Attorneys for Defendant Axis Systems, Inc.

SF1:466240.2